

**RECEIVED**

2012 JUL 10 PM 1:43

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

**Mark A. Weitz** *Partner*
Licensed in Texas and Florida

**Kristi L. Morgan** *Partner*
Licensed in Texas

July 9, 2012

Sheryl L. Loesch
Clerk of Court U.S. District Court
U.S. Courthouse
401 West Central Boulevard
Suite 1200
Orlando, Florida 32801-0120

6:12-cv-1061-Orl-37GJK

Re: Maraj Kidwai v. St. Matthews University School of Medicine
**Filing of Original Complaint and Special Admission Attorney Certification**

Dear Ms. Loesch,

Enclosed herein please find the following:

1. An Original Complaint with signed and dated Civil Coversheet and a check in the Amount of $350.00 for the filing fee;

2. A Special Admission Attorney Certification completed and signed with the $10.00 filing fee.

Pursuant to Local Rule 2.02 (a) I am seeking special admission to practice. Although I am a licensed attorney in good standing in Florida and Texas, and admitted to practice in the U.S. District Court for the Northern District of Florida, I am not a Florida resident and I do not maintain a regular practice in Florida. I have already secured local counsel and I understand that within 14 days of this filing I must file a written designation and intent-to-act on the part of my local counsel who is both a member of this Court and a resident of Florida. I will be complying with both the fee and e-mail requirements of this Court and my written designation will certify my compliance.

The Defendant's counsel has agreed to waive service for the Defendant. I assume I can track the filing of the case on the Court's web-site to determine the cause number both for my written designation and my waiver of service form. Please contact me at 512-657-1849 with any questions.

Best Regards,

Mark A. Weitz