UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI §<br>§<br>Plaintiff, §<br>§<br>V. §<br>§<br>ST. MATTHEW'S UNIVERSITY §<br>SCHOOL OF MEDICINE. §<br>§<br>Defendant. § | Civil Action No.:6-12-cv-01061<br>RBD-GJK |

## UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT

**TO THE HONORABLE JUDGE OF SAID COURT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Maraj Kidwai, by and through its undersigned attorneys, moves this Court for an order allowing Mark A. Weitz to appear in this Court as co-counsel on behalf of Maraj Kidwai in the above- styled lawsuit. In support of this motion, Maraj Kidwai would show the Court as follows:

1. Mark A. Weitz and his law firm, Weitz Morgan PLLC, has been retained to represent Maraj Kidwai as co-counsel in all proceedings conducted in this cause.

2. Mr. Weitz is a member in good standing and admitted to practice before all the courts of the State of Texas and Florida, as well as the United States District Courts for the Southern, Western and Northern Districts of Texas and the Northern District of Florida.

3. Mr. Weitz is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Weitz

is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

4. Mr. Weitz designate Alan C. Gold and the law firm Alan C. Gold, P.A., 1501 Sunset Drive, 2nd Floor, Miami, FL 33143-5878, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

5. Through his signature affixed below, Alan C. gold of the law firm of Alan C. Gold, P.A. hereby consents to such designation.

6. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Alan C. Gold certifies that Mr. Weitz has complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Plaintiff Maraj Kidwai respectfully requests this Court to enter an order admitting Mark A. Weitz to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Maraj Kidwai's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

Alan C. Gold
FL Bar No. 304875
Middle District No.
Alan C. Gold, P.A.
1501 Sunset Drive, Fl 2
Miami, FL 33143-5878
(305) 667-0475
(305) 663-0799
agold@acgoldlaw.com