UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARAJ KIDWAI,**

    Plaintiff,

v.                                        **Case No. 6:12-cv-1061-Orl-37GJK**

**ST. MATTHEW'S UNIVERSITY SCHOOL
OF MEDICINE,**

    Defendant.

## RELATED CASE ORDER AND TRACK TWO NOTICE

    No later than fourteen (14) days from the date of this Notice, counsel and any *pro se* party shall comply with Local Rule 1.04(d) and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a)(b). The parties shall utilize the attached form Notice of Pendency of Other Actions.

    Additionally, in accordance with Local Rule 3.05, this action is designated as a **TRACK TWO CASE**. The Court's goal is to try most Track Two cases within 12-18 months of filing. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.** Pursuant to Local Rule 3.05, the parties shall conduct a case management conference no later than 60 days after service or appearance of any defendant. **The Case Management Report must be filed within 14 days of the case management conference.** In preparing their Report, the parties shall consult the Federal Rules of Civil Procedure and the Local Rules (available from the Clerk or at www.flmd.uscourts.gov). Counsel for all parties share the obligation to timely comply with the requirements of Local Rule 3.05 and are reminded that they must do so despite the pendency of any undecided motions.

    **The parties are advised that utilization of the attached Case Management Report form is mandatory.**

Date: July 19, 2012                                        SHERYL L. LOESCH, CLERK

                                                                       By:   */s/ Virginia Flick*
                                                                                     Deputy Clerk

Copies:       Counsel of Record
                *Pro Se* Parties
Attachments:  Notice of Pendency of Other Actions
                Case Management Report form
                AO 85 Consent to Magistrate Judge Jurisdiction form

Updated 5/2012