UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI §<br>§<br>Plaintiff, §<br>§<br>V. §<br>§<br>ST. MATTHEW'S UNIVERSITY §<br>SCHOOL OF MEDICINE. §<br>§<br>Defendants. § | Civil Action No.: 6:12-cv-1061-Orl-37GJK |

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Maraj Kidwai**
**Plaintiff**

**St. Matthew's University School of Medicine**
**Defendant**

**R3 Education, Inc.**
**Owner of Defendant St. Matthew's University School of Medicine**

1

**Mark A. Weitz,**
**Weitz Morgan PLLC, Attorney for Plaintiff**


**Alan C. Gold**
**Law Office of Alan C. Gold, Local Counsel for Plaintiff**

**Daryl Lapp**
**Wildman Edwards, Defendant has yet to appear but Plaintiff believes Mr. Lapp and his firm will represent Defendant St. Matthew's University School of Medicine.**

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Plaintiff is unaware of any person or entity other than those listed in #1 above.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**Plaintiff is unaware of any person or entity other than those listed in #1 above.**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Plaintiff is unaware of any person or entity other than those listed in #1 above.**

5. Check one of the following:

 _X__  a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

_____  b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully Submitted,


/S/ Mark A. Weitz_____
Mark A. Weitz
TX SB# 21116500
FL SB#0779512
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
512-394-8950 (direct)
512-657-1849 (mobile)
512-852-4446 (facsimile)
ATTORNEY FOR PLAINTIFF
MARAJ KIDWAI