UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Civil Action No.: 6:12-cv-1061-Orl-37GJK |
| § | |
| ST. MATTHEW'S UNIVERSITY § | |
| SCHOOL OF MEDICINE. § | |
| § | |
| Defendants. § | |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

___X___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or

any other Federal or State court, or administrative agency as indicated below:

**Closed Case:** Case is related to *Miraj Kidwai v. St. Matthews University School of Medicine, et. al.,* Civil Action No.: 4:12-cv-00455, United States District Court, Southern District of Texas, Houston Division.  The present case was simply re-filed in Florida when the Texas suit was dismissed on 12 (b) (2) motion for lack of subject matter jurisdiction.


____ IS NOT related to any pending or closed civil or criminal case filed with this

Court,  or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this Notice of Pendency of Other Actions

upon each party no later than fourteen days after appearance of the party.

Dated: July 27, 2012

1

Respectfully Submitted,


/S/ Mark A. Weitz_____
Mark A. Weitz
TX SB# 21116500
FL SB#0779512
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
512-394-8950 (direct)
512-657-1849 (mobile)
512-852-4446 (facsimile)
ATTORNEY FOR PLAINTIFF
MARAJ KIDWAI

2