# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI,<br><br>        Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,<br><br>        Defendant. | Civil Action No. 6:12-cv-01061-RBD-GJK<br><br>Hon. Roy B. Dalton, Jr. |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1.　　The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Maraj Kidwai – Plaintiff

Mark A. Weitz
Weitz Morgan PLLC – counsel for Plaintiff

Alan C. Gold
Law Office of Alan C. Gold – counsel for Plaintiff

St. Matthew's University School of Medicine – Defendant

St. Matthew's University (Cayman) Ltd. – The Defendant is a part of this corporation.

SMU Management (Cayman) Ltd. – indirect parent of the Defendant

St. Matthew's University International, Inc. – indirect parent of the Defendant

St. Matthew's University, Inc. – indirect parent of the Defendant

R3 Education Inc. – indirect parent of the Defendant

Equinox EIC Partners LLC – indirect parent of the Defendant

America 17055440.2

> Daryl J. Lapp
> Joseph D. Rutkowski
> Simeon D. Brier
> Matthew B. Criscuolo
> Edwards Wildman Palmer LLP – counsel for Defendant

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> Defendant is unaware of any such entity.

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

> Defendant is unaware of any such entity.

4.   The name of each victim (individual and corporate), including every person who may be entitled to restitution:

> Defendant is unaware of any alleged victim other than the plaintiff Maraj Kidwai.

5.   Check one of the following:

__X__  a.   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

_____  b.   I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:


August 1, 2012                        ST. MATTHEWS UNIVERSITY
                                      SCHOOL OF MEDICINE


                                      /s/ Simeon D. Brier
                                      Simeon D. Brier, Florida Bar No. 525782
                                      EDWARDS WILDMAN PALMER LLP
                                      525 Okeechobee Blvd., Suite 1600
                                      West Palm Beach, Florida 33401
                                      (561) 833-7700 (telephone)
                                      (561) 655-8719 (facsimile)
                                      sbrier@edwardswildman.com

America 17055440.2

Matthew B. Criscuolo, Florida Bar No. 58441
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com

(Pending Admission *Pro Hac Vice*)
Daryl J. Lapp, Massachusetts BBO # 554980
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

(Pending Admission *Pro Hac Vice*)
Joseph D. Rutkowski, Massachusetts BBO # 681997
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Simeon D. Brier
Simeon D. Brier

America 17055440.2

## SERVICE LIST

Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
512-394-8950 (telephone)
512-852-4446 (facsimile)
mweitz@weitzmorgan.com

America 17055440.2