**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARAJ KIDWAI,

              Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY SCHOOL
OF MEDICINE,

              Defendant.

Civil Action No. 6:12-cv-01061-RBD-GJK

Hon. Roy B. Dalton, Jr.

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04(d), I certify that the instant action:

   __X__  IS related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        This action is related to <u>Maraj Kidwai v. St. Matthew's University School of Medicine, et. al.</u>, Civil Action No.: 4:12-cv-00455, United States District Court, Southern District of Texas, Houston Division.  That case, which is now closed, involved substantially similar claims to those in the instant case.  It was dismissed for lack of personal jurisdiction in Texas.  The plaintiff thereafter filed the instant case.

   _____IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

      I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

August <u>1</u>, 2012

ST. MATTHEWS UNIVERSITY
SCHOOL OF MEDICINE

/s/ Simeon D. Brier
Simeon D. Brier, Florida Bar No. 525782
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com

Matthew B. Criscuolo, Florida Bar No. 58441
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
mcriscuolo@edwardswildman.com

(Pending Admission *Pro Hac Vice*)
Daryl J. Lapp, Massachusetts BBO # 554980
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

(Pending Admission *Pro Hac Vice*)
Joseph D. Rutkowski, Massachusetts BBO # 681997
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Simeon D. Brier
Simeon D. Brier

## SERVICE LIST

Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
512-394-8950 (telephone)
512-852-4446 (facsimile)
mweitz@weitzmorgan.com