Exhibit "A"

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

**CERTIFICATE OF
GOOD STANDING**

I, _____ *Sarah A. Thornton* _____, *Clerk of this Court,*

*certify that* _____ **Daryl J. Lapp** _____, *Bar* _____ **554980** _____,

*was duly admitted to practice in this Court on*

_____ **March 16, 1990** _____, *and is in good standing*
          DATE

*as a member of the Bar of this Court.*

*Dated at* _____ *Boston, Massachusetts* _____ *on* _____ **July 30, 2012** _____.
                    LOCATION                                              DATE

_____          _____
**Sarah A. Thornton**                              **DEPUTY CLERK**
CLERK