Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI,<br><br>            Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,<br><br>            Defendant. | Civil Action No. 6:12-cv-01061-RBD-GJK<br><br>Hon. Roy B. Dalton, Jr. |

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

It is hereby designated that Simeon D. Brier, Esq. of Edwards Wildman Palmer LLP, 525 Okeechobee Blvd., Suite 1600, West Palm Beach, Florida 33401, being a member of the Florida Bar and a member of the United States District Court for the Middle District of Florida, and being fully advised of the responsibilities set forth in Local Rule 2.02, does hereby consent to the foregoing designation to act as local counsel in the above-styled case. As local counsel upon whom the Court and all counsel may readily communicate regarding the conduct of the case and upon whom the Court may serve all notices and papers, Simeon D. Brier shall remain actively involved in and responsible for the progress of the case, including the progress of the trial in default of the non-resident attorney.

I do hereby consent to the foregoing designation.

Dated: August 3, 2012.

                                                              EDWARDS WILDMAN PALMER LLP
                                                              Attorneys for Defendant, SMU
                                                              525 Okeechobee Blvd., Suite 1600
                                                              West Palm Beach, Florida 33401
                                                              (561) 833-7700 (telephone)
                                                              (561) 655-8719 (facsimile)
                                                              sbrier@edwardswildman.com

                                                              By: /s/ Simeon D. Brier
                                                                  Simeon D. Brier
                                                                  Florida Bar No. 525782

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Simeon D. Brier
Simeon D. Brier

America 17049042.2

## SERVICE LIST

Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
512-394-8950 (telephone)
512-852-4446 (facsimile)
mweitz@weitzmorgan.com