IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI,<br><br>                Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,<br><br>                Defendant. | Civil Action No. 6:12-cv-01061-RBD-GJK<br><br>Hon. Roy B. Dalton, Jr. |

### ORDER GRANTING UNOPPOSED MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Daryl J. Lapp, counsel for St. Matthew's University School of Medicine ("SMU"), for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court hereby

ORDERS and ADJUDGES that

The Unopposed Motion to Appear Pro Hac Vice is GRANTED. Daryl J. Lapp is permitted to appear pro hac vice in the above-styled case.

DONE and ORDERED in chambers on this _____ day of August, 2012.

 

_____
DISTRICT COURT JUDGE

Copies to:
Simeon D. Brier, Esq., Edwards Wildman Palmer LLP, 525 Okeechobee Blvd., Suite 1600, West Palm Beach, FL 33401

Mark A. Weitz, Esq., Weitz Morgan PLLC, 100 Congress Avenue, Suite 2000, Austin, TX 78701

Daryl J. Lapp, Esq., Edwards Wildman Palmer LLP, 111 Huntington Ave., Boston, Massachusetts 20199

Joseph D. Rutkowski, Esq., Edwards Wildman Palmer LLP, 111 Huntington Ave., Boston, Massachusetts 20199

America 17050385.1