IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARAJ KIDWAI,<br><br>        Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,<br><br>        Defendant. | Civil Action No. 6:12-cv-01061-RBD-GJK<br><br>Hon. Roy B. Dalton, Jr. |

## UNOPPOSED MOTION FOR APPEARANCE PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 2.02 of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission of Joseph D. Rutkowski, of the law firm of Edwards Wildman Palmer LLP, 111 Huntington Avenue, Boston, Massachusetts 02199-7613, Telephone 617-239-0100, for purposes of appearing as co-counsel on behalf of Defendant, St. Matthew's University School of Medicine ("SMU") in the above-styled case only, and pursuant to Rule 2.01(d), Middle District of Florida, CM/ECF Administrative Procedures, to permit Joseph D. Rutkowski to receive electronic filings in this case, and in support thereof states as follows:

       1.      Joseph D. Rutkowski is not admitted to practice in the Middle District of Florida and is a member in good standing of the United States District Court for the District of Massachusetts, attached hereto as Exhibit A.

2. Movant, Simeon D. Brier, Esquire, of the law firm of Edwards Wildman Palmer LLP, 525 Okeechobee Blvd., Suite 1600, West Palm Beach, Florida 33401, (561) 833-7700, is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joseph D. Rutkowski has made payment of this Court's $10 admission fee. A certification in accordance with Rule 2.02 is attached hereto as Exhibit B.

4. Joseph D. Rutkowski, by and through designated counsel and pursuant to Rule 2.01(d), Middle District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him, at email address: jrutkowski@edwardswildman.com.

5. Counsel for Plaintiff advised via e-mail that they did not object to the filing of this Unopposed Motion for Appearance Pro Hac Vice.

WHEREFORE, Simeon D. Brier moves this Court to enter an Order permitting Joseph D. Rutkowski to appear before this Court on behalf of Defendant, St. Matthew's University School of Medicine ("SMU"), for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joseph D. Rutkowski.

Respectfully submitted,

By: /s/ Simeon D. Brier
Simeon D. Brier, Florida Bar No. 525782
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com

(Pending Admission *Pro Hac Vice*)
Daryl J. Lapp, BBO # 554980
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

(Pending Admission *Pro Hac Vice*)
Joseph D. Rutkowski, BBO # 681997
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Simeon D. Brier
Simeon D. Brier
Florida Bar No. 525782

America 17049453.2

## SERVICE LIST

Mark A. Weitz
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
512-394-8950 (telephone)
512-852-4446 (facsimile)
mweitz@weitzmorgan.com

America 17049453.2