Exhibit "A"

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## CERTIFICATE OF GOOD STANDING

I, __Sarah A. Thornton__, Clerk of this Court,

certify that __Joseph D. Rutkowski__, Bar __681997__,

was duly admitted to practice in this Court on

__February 14, 2012__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __Boston, Massachusetts__ on __July 30, 2012__.
LOCATION                                                      DATE

Sarah A. Thornton
CLERK

DEPUTY CLERK