UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

    Plaintiff,

v.                                  Civil Action No. 6:12-cv-01061-RBD-GJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendants.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and counsel that MAGER LAWYERS, LLC shall be substituted as counsel of record for the Plaintiff, Maraj Kidwai, in place of Weitz Morgan, PLLC and Alan C. Gold, PA. The undersigned further stipulate to the entry of an order releasing Weitz Morgan, PLLC and Alan C. Gold, PA from any further responsibility to said client from the date of the entry of an order in conformity with this stipulation.

| | |
|---|---|
| WEITZ MORGAN, PLLC | MAGER LAWYERS, LLC |
| 100 Congress Avenue | 2300 East Oakland Park Blvd. |
| Suite 2000 | Suite 206 |
| Austin, Texas 78701 | Fort Lauderdale, FL 33306 |
| Tel. 512-394-8950 | Tel. (954) 763-2800 |
| Fax 512-852-4446 | Fax (954) 763-2885 |
| By: _____ | By: _____ |
| MARK A. WEITZ | SCOTT MAGER |
| Florida Bar No. 0779512 | Florida Bar No. 768502 |

*Maraj Kidwai v. St. Matthew's University*
*Joint Stipulation for Substitution of Counsel*
*Page 2 of 2*

**ALAN C. GOLD, PA**
1501 Sunset Drive
2nd Floor
Coral Gables, FL 33143
Tel. 305-667-0475
Fax 305-663-0799

By: _____
ALAN C. GOLD
Florida Bar No. 304875