UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

    Plaintiff,

v.                                    Civil Action No. 6:12-cv-01061-RBD-GJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendants.
_____/

## UNOPPOSED MOTION
## FOR SUBSTITUTION OF COUNSEL

The Plaintiff, MARAJ KIDWAI, moves this Court for an Order substituting Mager Lawyers, LLC and Scott A. Mager for Mark Weitz of Weitz Morgan, PLLC and Alan C. Gold of Alan C. Gold, P.A. as counsel for plaintiff in this matter, relieving Mr. Weitz and Mr. Gold of further responsibility in this matter (and if applicable, directing the court to terminate Weitz and Gold).

**WEITZ MORGAN, PLLC**
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel. 512-394-8950 Fax 512-852-4446

By: _____
    MARK A. WEITZ, Bar No. 779512

**MAGER LAWYERS, LLC**
2300 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
Tel. (954) 763-2800, Fax (954) 763-2885

By: _____
    SCOTT MAGER, Bar No. 768502

**ALAN C. GOLD, PA**
1501 Sunset Drive, 2nd Floor
Coral Gables, FL 33143
Tel. 305-667-0475 Fax 305-663-0799

By: _____
    ALAN C. GOLD, Bar No. 304875

*Maraj Kidwai v. St. Matthew's University*
*Unopposed Motion for Substitution of Counsel*
Page 2 of 2

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an Order Granting this Motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Unopposed Motion for Substitution of Counsel was filed with Court using CM/ECF on August 23, 2012. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically filed Notices of Electronic Filing.

By: _____
Scott A. Mager, Esquire
Florida Bar No. 768502
MAGER LAWYERS, LLC
2300 East Oakland Park Boulevard
Suite 206
Fort Lauderdale, FL 33306
(954) 763-2800 (tel)
(954) 763-2885 (fax)
Attorneys for Plaintiff