UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

    Plaintiff,

v.                                Civil Action No. 6:12-cv-01061-RBD-GJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendants.

_____/

## UNOPPOSED MOTION TO EXTEND THE TIME FOR THE CASE MANAGEMENT CONFERENCE

COMES NOW, the Plaintiff, Maraj Kidwai (hereinafter referred to as "KIDWAI") and files this his Unopposed Motion to Extend the Time for the Case Management Conference and in support state the following:

1. The Court's Related Case Order and Track Two Notice dated July 19, 2012 requires the parties to "conduct a case management conference no later than 60 days after service or appearance of any defendant."

2. Additional time is required to schedule and complete the Case Management Conference because Plaintiff has recently obtained new counsel and additional time is needed for Plaintiff's counsel to properly review and prepare Plaintiff's case. Additionally, Plaintiff believes that the Case Management Conference should not occur until after the Defendant files an Answer/response which should occur on or about September 10, 2012.

Case 6:12-cv-01061-RBD-GJK   Document 20   Filed 08/29/12   Page 2 of 3 PageID 83

*Unopposed Motion to Extend the Time for*
*the Case Management Conference*
*Page 2 of 3*
------------------------------------------------

3.	The parties have conferred and would like to schedule the Case Management Conference on September 17, 2012 beginning at 10:00 am.

WHEREFORE, KIDWAI respectfully request that this Court grant this his Unopposed Motion to Extend the Time for the Case Management Conference and allow the parties to reschedule the Case Management Conference and grant any further and/or additional relief the Court deems just and proper.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an Order Granting this Motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Joint Unopposed Motion to Extend the Time for the Case Management Conference was filed with Court using CM/ECF on August 29, 2012. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some

*Unopposed Motion to Extend the Time for*
*the Case Management Conference*
*Page 3 of 3*

---

other authorized manner for those counsel or parties who are not authorized to received electronically filed Notices of Electronic Filing.

By : _____
Scott A. Mager, Esquire
Florida Bar No. 768502
scott@magerlawyers.com
MAGER LAWYERS, LLC
2300 East Oakland Park Boulevard
Suite 206
Fort Lauderdale, FL 33306
(954) 763-2800 (tel)
(954) 763-2885 (fax)
Attorneys for Plaintiff