IN THE DISTRICT COURT OF UNITED STATES
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,                    CASE NO.: 6-12-CV-01061-RBD-GJK

    Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE, AND
THE BOARD OF TRUSTEES OF
ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND
## TO FILE FIRST AMENDED COMPLAINT

Plaintiff MARAJ KIDWAI (hereinafter referred to as "KIDWAI"), by and through their undersigned attorneys, hereby move this Honorable Court for leave to file his first amended complaint (to add the excess carrier as an additional defendant) pursuant to the Federal Rule of Civil Procedure 15(a), and in support thereof states as follows:

1. This is a lawsuit for breach of contract and other remedies filed by medical student KIDWAI against the Defendants.

2. KIDWAI filed its Complaint on July 10, 2012. A copy is attached as **Exhibit 1.**

3. New facts have been discovered by KIDWAI'S new counsel. Additionally, the filing of an amended complaint would provide a more carefully drafted complaint.

4. The amendment would not prejudice the Defendant. Indeed, Plaintiff has sought agreement to file this Motion, and Defendants acquiesce to Plaintiff's request in this regard.

5. Thus, KIDWAI requests leave to amend the complaint in a manner as reflected by the attached proposed amended complaint. **Exhibit 2.**

WHEREFORE, the Plaintiff requests this Court grant this Motion for Leave to Amend to file the attached First Amended Complaint

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT

Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." Because of the liberal policy allowing amendments embodied in Rule 15(a), "a court should deny leave to amend a pleading only when: (1) the amendment would be prejudicial to the opposing party; (2) there has been bad faith or undue delay on the part of the moving party; or (3) the amendment would be futile." *Awwad v. Largo Med. Ctr., Inc.*, 8:11-CV-1638-T-24, 2011 WL 6013774 (M.D. Fla. 2011); *Taylor v. Florida State Fair Authority*, 875 F.Supp. 812, 814 (M.D.Fla.1995) (citation omitted). *See also Silber v. Walgreens*, 12-20048-CIV, 2012 WL 201759 (S.D. Fla. 2012) (district court should allow leave to amend a complaint when it appears that a more carefully drafted complaint might state a claim upon which relief can be granted). *Friedlander v. Nims*, 755 F.2d 810, 813 (11th Cir.1985).

WHEREFORE, Plaintiff request that the Court grant Plaintiff's Motion for Leave to Amend to allow the filing of the First Amended Complaint, or to provide any further and/or additional relief that the Court deems just and proper.

Dated this 17th day of October, 2012.

/s/ Scott A. Mager, Esq.
MAGER LAWYERS, LLC
Attorneys for the Plaintiff
Scott A. Mager, Esq.
Fla. Bar No. 768502
2300 East Oakland Park Blvd., Suite 206
Fort Lauderdale, FL 33306
Telephone: (954) 763-2800
Facsimile: (954) 763-2885
scott@magerlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was filed with the Court using CM/ECF on October 17, 2012. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically filed Notices of Electronic Filing.

*/s/ Scott A. Mager, Esq.*
SCOTT A. MAGER, ESQ.

# SERVICE LIST

Daryl J. Lapp – Trial Counsel
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

Joseph D. Rutkowski
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

Simeon D. Brier
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com