# What's Around Campus











SHOPPING • DINING • BANKING • HEALTH & BEAUTY • LEISURE

# Student Life

Island & Student Life

**The Cayman Islands'** remarkable success as a financial center and tourist destination has transformed the nation into a dynamic society that has every modern convenience but still retains the charm and vibrancy of the Caribbean. People from more than 100 countries live and work in this British Overseas Territory, creating a lively and unique blend of cultures.

While the diverse accents and idioms of Caymanians, Jamaicans, Europeans, Hondurans, and Filipinos may take some getting use to, there is no denying the hospitality of the local people, the superb weather, stunning beaches and great restaurants and nightlife that make the transition to this new country easy, as well as exciting.

As an integral part of this exceptional community, St Matthew's offers students a quality of life that few universities in any part of the world can match.

The Cayman Islands:
- Provides a world class health care system with one of the highest ratios of physicians to its population in the Caribbean
- Enjoy one of the highest per capita incomes in the world
- Offer stability, a strong tourism trade, a safe community, and highly developed technology and health care resources
- Has one of the lowest crime rates in the Caribbean

| Country | Per Capita GDP | Physicians per 1,000 | Crimes per 100,000 |
|---|---|---|---|
| Cayman Islands | $39,801(c) | 1.4(c) | 5,416(c) |
| Dominica | $3,800(d) | 0.5(e) | 8,845(a) |
| Grenada | $3,900(d) | 0.5(e) | 10,117(a) |
| St. Kitts | $8,200(d) | 1.19(e) | 5,543(a) |
| St. Maarten | $15,374(b) | 1.28(b) | 6,265(b) |
| USA | $43,500(d) | 2.56(e) | 4,118(d) |

(a) Harriott, Anthony (2002). Crime Trends in the Caribbean and Responses. United Nations Office on Drugs and Crime.
(b) Statistical Info. (2007) Central Bureau of Statistics, Netherlands Antilles - Website
(c) Compensium of Statistics (2005). Economics and Statistics Office, Government of the Cayman Islands.
(d) CIA World Factbook
(e) World Health Organization Statistical Information System - Website

**Dining**
In the last five years, Cayman has emerged as a culinary playground for chefs and a paradise for people who appreciate excellent food. From Haute Cuisine, to casual waterfront bars and restaurants, to Jamaican-style "Jerk" chicken and pork at roadside stands across the island, there is something for everyone.
Diners can choose from traditional Caymanian, Mediterranean, American, Indian, Chinese, Thai and Tex Mex restaurants, or even familiar franchises like Burger King, Wendy's, Kentucky Fried Chicken and Domino's Pizza. Choices range from 5-star sushi to pasta alfresco served by serenading Italian waiters.
How about Tea at the Ritz? The Ritz Carlton, Cayman serves an elegant tea with all the trimmings in the Silver Palm Lounge every afternoon (pre-booking highly recommended).
Craving for local food, such as turtle stew, fish rundown and stewed conch, can be satisfied at Caymanian hot-spots like Welly's Cool Spot, Champion House and Corita's Copper Kettle.

**Diving**
Some of the most vibrant coral reef systems in the world exist in Cayman waters, which offer wonderful opportunities to scuba dive, snorkel and swim in tropical seas that are warm year round.
Since the main campus and residence halls are just steps away from the famous Seven Mile Beach, students can literally walk out of their class and across the street for a quick swim, snorkel, sunset volleyball game, or even to study on the beach.
The calm waters and 200-foot visibility under water make the Cayman Islands an ideal place to build experience and confidence in scuba diving and snorkeling. Divers and snorkelers can swim with the friendly rays at Stingray City, or experience the magic of swimming among a school of Yellowtail fish, or see up close various species of turtles, parrotfish, lobster, eels, sea urchins and squid that populate the famous coral reefs.
As a premier dive destination, Cayman has a wide choice of local dive operators that offer beginner and advanced scuba courses, as well as affordable dive trips for certified divers. For those with hectic schedules or divers who want to avoid a crowded dive boat, there are plenty of gorgeous dive sites that are an easy swim from shore.

Case 6:12-cv-01061-RBD-GJK   Document 24-4   Filed 10/17/12   Page 2 of 5 PageID 161

# Island & Student Life

### Leisure & Recreation
Aside from the world class diving, Cayman has a plethora of activities and points of interest. From Stingray City where you can swim with the rays, to the Cayman Islands National Museum which overlooks George Town harbor and houses natural and cultural histories. Cayman offers a unique mix of island entertainment, just like at home, Hollywood Theaters at Camana Bay offers a state of the art, six screen, stadium seating cinema. With over 33 sporting associations you are bound to find a league whether it's baseball, cricket, cycling or soccer. There are also multiple gyms on the island as well as endless water sports including diving, sailing clubs, and kayaking.

Nightclubs along Seven Mile Beach provide a wide choice of dancing, including hip-hop, reggae, disco, rave, country western, and Latin.

Hotels and restaurants, such as the Wharf, Marriott and the Ritz Carlton, are sparking off new trends with themed nights on a monthly or weekly basis, such as disco or smooth Latin beat by the pool. For a more casual experience, numerous bars and pubs dotting the island offer a cold beer while watching the sun set over the ocean or their favorite sport on TV, or joining in a noisy game of Dominoes - a popular Caribbean pastime.

### Climate
The weather in Grand Cayman is pleasant year round with temperatures ranging from 70° to 90°. The rainy season usually lasts from May to November; however the rains are usually brief and the sun will soon return. In these summer months the sun's rays are strong, so sunscreen is highly recommended. Cayman does have a winter, from December to April which is when the rain subsides and the cool breezes return. Hurricane season runs from June 1st to November 30th and Cayman is well prepared. Hurricane information packs are available from the Government Information Services in Cricket Square (Tel: 345- 949 8092)

### Telecommunications
State-of-the-art telecommunications services are offered by over five companies. These services include local and long distance calling, mobile phones, faxing, cable and Internet. Service is comparable to that found in the U.S. The main providers are Cable & Wireless, Digicel, WestTel, and TeleCayman.

All Cayman mobile phone service providers use GSM technology. It would be best to consult with your existing provider to ensure that your mobile phone is compatible. As a guideline, CDMA is the technology used by Verizon and Sprint in the USA, and Telus and Bell in Canada. GSM is the technology used by Vodaphone, O2 and Orange in Europe, Cingular and T-Mobile in the USA, and Rogers Wireless and Microcell in Canada.

For more telecommunication information please visit **http://www.caymannewresident.com/page_id_30.html**

### Health Care
Offering both state and private health care facilities, Cayman has an excellent health care system. A wide range of specialists, including visiting doctors from the U.S. and elsewhere operate from private clinics. Grand Cayman is well served by private dentists and optometrists. There are also two hospitals on the island, The Cayman Islands Hospital and The Chrissie Tomlinson Memorial Hospital, as well as numerous pharmacies. Many pharmacies have multiple branches, and both Foster's Food Fair and Kirk Supermarket have in-store pharmacies open 12 hours a day.

For a list of local health care contacts please visit **http://www.caymanchamber.ky/relocation/healthcare.htm** or **http://www.caymannewresident.com/page_id_11.html**.

### Currency
Cayman has its own currency – the Cayman Islands Dollar (CI$). The exchange rate is CI$1 = U.S.$1.20. The cash rate is traded at CI$1 = U.S.$1.25 which means that U.S.$20 cash is worth CI$16 or U.S.$5 is worth CI$4. When making transactions the common change will be in CI, not U.S. Dollars. U.S. Dollars are accepted everywhere as are traveler's checks. Almost all shops, restaurants and hotels accept credit cards and there are ATMs throughout the Cayman Islands. Currency denominations are CI$ 1, 5, 10, 25, 50 and 100 dollar bills.

### Banking
As the fifth largest financial district in the world, banking options in Cayman are endless. Butterfield Bank, Cayman National Bank, Fidelity Bank, FirstCaribbean International Bank, Scotiabank, and Royal Bank of Canada offer electronic and on-line banking. ATMs are offered by Butterfield Bank, Cayman National Bank, Royal Bank of Canada, Fidelity, FirstCaribbean International Bank and Scotiabank.

When opening a new account, banks may require all or some of the following information.
- Bank reference from your current bank. This must be addressed specifically to the bank in the Cayman Islands and must include how long you have banked there (i.e. minimum of three years), the average balance and manner in which your account has been conducted.
- A letter from your Cayman employer stating the origin of your funds, the position or job you have with the company and the length of time you will be employed with them.
- Driver's license and passport (they will photocopy your license and the pages of your passport).
- One form of physical address confirmation, such as your local Cayman electricity bill.
- Full name and residential address, your phone and fax number, your nationality, date and place of birth, occupation and the name and address of your employer.

### Moving with Pets
Pets are allowed to be brought to Cayman. An import permit or valid animal passport issued by the Department of Agriculture and an official health certificate issued by a government employed or accredited veterinary inspector in the country of origin is required for the importation of dogs and cats.

For further information, please visit the Chamber of Commerce at **http://www.caymanchamber.ky/relocation/pets.htm**.

### Transportation
There are many options for navigating the island. People from all the major European countries, most major English speaking countries (including the United States, New Zealand, Australia, Canada and South Africa), and the following Caribbean countries – Jamaica, Barbados, Dominican Republic, Cuba, and Trinidad and Tobago, are entitled to obtain a Cayman driving license without having to take any further tests. If in doubt call the Licensing Department on 345-945-8344 or visit **www.geocities.com/bkkriders/law/unc/**. You must apply for a Cayman license within three months of arriving. Please remember driving is on the left side of the road like in the U.K.

Cayman also offers rentals, leasing, and has numerous dealerships for purchasing a vehicle. The island also has a wonderful bus system with seven bus routes, and the buses each have a distinctive colored circle on the front and rear with a route number in the middle, which get you where you need to be. Residents also have the option of having their vehicles imported onto the island.

Please visit New Resident for further details **http://www.caymannewresident.com/page_id_9.html**

### Schools
The Caymanian school system is based upon the English learning system. Cayman offers primary schools in each district for children 4-11 years of age as well as Government high schools, a community college, a university college and a law school. Private schools are also abundant on the island including but not limited to, Cayman Prep & High School, Cayman International School, First Baptist Christian School, Montessori By The Sea and St. Ignatius Catholic School. The classes are taught in English, as it is the main language of the island.

Children starting pre-school can begin at the age of two and for primary school the starting age depends on whether they will be attending a British school such at St. Ignatius or American school such as Cayman International School. British schools require children be the age of four by September and American schools require the age of five by September.

For further information and a detailed listing of schools, please visit The Chamber of Commerce at :
**http://www.caymanchamber.ky/relocation/school.htm**
or New Resident at:
**http://www.caymannewresident.com/page_id_13.html**



## Online Degree Programs

## Davenport University MBA or MPH Online

St. Matthew's University has partnered with Davenport University to offer a unique opportunity for St. Matthew's University students to attain a MBA with a concentration in Health Care Management or MPH online, while completing their Basic, Pre-clinical and Clinical Sciences semesters. Davenport University, with its main campus located in Grand Rapids, Michigan, offers its MBA or MPH program completely online, including registration, textbook purchase, and financial aid application, with no on-campus requirements at all. Students can attend classes anytime, 24/7, providing the convenience and flexibility for a busy medical student. Financial aid is available for students who qualify in the Davenport University MBA or MPH program. St. Matthew's students receive a twenty percent tuition discount at Davenport University. Students may be eligible to transfer up to 15 graduate credits toward their program provided they were completed with an earned B or better.

The MBA concentration in Health Care Management focuses on strategic, financial, and ethical decision-making skills in an evolving health care environment. Davenport University's Master of Public Health degree prepares you to lead in both the public and private health sectors. Davenport's faculty are academically credentialed, trained and certified to teach online, many of them leaders in their field. The Davenport curriculum is continually updated with the help of business professionals, assuring graduates that they will have the skills and knowledge to make an immediate impact wherever they work. Davenport University is accredited by the Higher Learning Commission, North Central Association of Colleges and Schools.

## University of Sussex—Brighton, England, United Kingdom Pre-Medical Program

St. Matthew's University is affiliated with the University of Sussex at Brighton, England. The affiliation is related only to the pre-medical program offered at the University of Sussex. Prospective students, particularly from the UK, who are lacking in either the total minimum number of post-secondary college credits or any of the specific science prerequisites, may apply to the University of Sussex to design a program to complete any admissions deficiencies. Prospective students who choose this option are awarded an acceptance into St. Matthew's University School of Medicine contingent on their successful completion of the pre-medical coursework at the University of Sussex. Prospective students from Europe or outside the U.S. may wish to contact our European Administration offices based in London:

M and D Europe (UK) Limited
Challenge House,
616 Mitcham Road
Croydon Surrey CR0 3AA England

UK Tel: 0871 7171 291
Overseas: +44-8709914440
Fax: +44-8704871785
e-mail: smuadmin@readmedicine.com

## Admissions Criteria

Each candidate is evaluated on the basis of these factors:
- Academic background
- Overall grade point average
- Science grade point average
- Strength of major/minor
- Letters of reference
- Personal statement
- College activities that demonstrate service to the community.
- Personal interview
- MCAT scores

Most candidates have earned an undergraduate degree from an approved college or university in the United States, Canada or a recognized international institution. However, a student who has earned 90+ semester credit hours of college credits will be considered for admission.

We recognize that since medicine deals with people, an understanding of literature, art, history, ethics and philosophy is an asset to a physician. Science and humanities are not mutually exclusive and both are viewed as necessary for the practice of medicine. It is necessary that students be computer literate.

The following list of courses and credits indicates the minimal prerequisites that all applicants must complete prior to admission to the medical school. Applicants with lower grade point averages are encouraged to apply if other accomplishments or work experience demonstrate their aptitudes.

## Admissions Committee

St. Matthew's University offers a rolling admissions process with no deadline to apply. However, seats in each class are competitive and early applicants will have the advantage of securing a place in the semester of their choice. Semesters begin in September, January and May. The committee selects students who exhibit the strongest potential to flourish in a medical school environment and execute the duties of a medical doctor ethically and professionally. If the student's credentials meet the admissions criteria, the candidate will be interviewed in person or by telephone before a final decision is made. It is the applicant's responsibility to make sure the application is complete. Applicants should submit materials early to ensure a timely decision. The admissions committee will not review incomplete documentation.

| Course | Semester Hours | Quarter Hours |
|---|---|---|
| Inorganic (General) Chemistry+ | 8 | 12 |
| Organic Chemistry*+ | 8 | 12 |
| Biology+ | 8 | 12 |
| Language Arts (English) | 6 | 9 |
| College Math or Computer Science | 3 | 5 |
| Physics (recommended) | 4 | 6 |
| Humanities (recommended) | 3 | 5 |

+ These courses must have laboratory work
* A student may substitute a semester/quarter of Biochemistry for the final semester/quarter of Organic Chemistry.

## Non-U.S. Transcripts

Students with academic transcripts from outside the United States must have them evaluated on a course-by-course basis by an evaluation service such as World Evaluation Services (www.wes.org), Josef Silny & Associates, Inc. (www.jsilny.com), www.gceus.com, or a service that is a National Association of Credential Evaluation Services (NACES) member (www.naces.org).

## Advance Standing and Transfer Students

St. Matthew's University School of Medicine only provides advance standing to qualified transfer students from medical schools recognized by the World Health Organization. Transfer students undergo the same admissions process as first time applicants, in that they must submit a complete application packet to ensure a timely review. Acceptance of transfer credits is at the discretion of the University. Students are limited to a maximum of two semesters of transfer credit toward the St. Matthew's University degree program.

We encourage applications from people with work experience in healthcare. However, chiropractors, podiatrists, dentists and physician's assistants will not be granted advanced standing based on work experience. These students may use completed coursework to qualify for admission. Students with advanced degrees (Ph.D.) in a subject may be provided credit.

The University will submit transcripts to any university or college for a student requesting a transfer. However, acceptance of credits is at the sole discretion of the other institution.

**Medical College Admissions Test (MCAT)**

The MCAT is requested of North American resident students. Admitted students are to submit their test results prior to enrolling into St. Matthew's University. There is no minimum score below which an application is automatically rejected.

The MCAT is offered online multiple times per year. Information on the MCAT testing dates is available at www.aamc.org.

Information regarding your application, dates and locations should be directed to:

Association of American Medical Colleges
Medical College Admissions Test
2450 N. St., NW Washington, DC 20037
Phone: (202( 828.0690

Application for the test must be made approximately one month prior to the designated testing date. St. Matthew's MCAT code is 919. If using the MCAT (THx) system, please use the school name. MCAT scores must be submitted to the Admissions Office in Orlando, Florida.



## Admissions

### Letters of Recommendation
Confidential appraisals by college advisors, instructors, or others are an important part of the application. These recommendations may include a letter from a peer. Ask for recommendations from individuals who can give a concise and thorough assessment of your personality, industry, reliability and motivation. Applicants are given the option of signing a waiver regarding the confidentiality of these letters.

### Personal Statement
Applicants must submit a personal statement with the application form. This offers an opportunity for the applicant to describe personal attributes, characteristics and interests that support a decision to study medicine. The Admissions Committee is interested in participation in research projects, hobbies and health-related employment or experience. Use specific examples to demonstrate motivation, commitment to pursue a medical career and the ability to work with people. Compassion, empathy, and the ability to deal with everyday problems are considered important qualities. We focus as much on the determination and life experience of our candidates as on their academic background.

### Interview
When a candidate is favorably considered, the Admissions Committee schedules an interview. For all new students, the interview may be in person or by conference call. The interview serves both the applicants and the committee by providing an opportunity for the applicant to ask pertinent questions and introduce any special circumstances that should be considered. The committee gains the opportunity to determine if the candidate demonstrates the personal qualities that are required in a good physician. These qualities include motivation, commitment to a medical career, empathy, compassion, maturity and flexibility in dealing with problems.

### Notification of Acceptance
Letters of acceptance or non-acceptance are mailed within one week after the Admissions Committee has reached a decision. Students who are accepted are expected to return a letter of intent within a week. The letter of intent must be accompanied with a fee of U.S. $500 to reserve a place in the upcoming class. This seat deposit fee is part of the first semester tuition.

### Application Checklist
A completed application file for both new and transfer students will include:
- Completed application form
- Official academic transcripts
- Three letters of recommendation
- Official MCAT scores
- Personal statement
- Application fee of U.S. $75
- Three current passport photos (one as profile)
- Current resume
- Evidence of financial support
- Copy of passport

Submit a completed application form along with other supporting documents to:
St. Matthew's University School of Medicine
Office of Admissions
12124 High Tech Avenue, Suite 350
Orlando, Florida 32817
Or via the Website at www.stmatthews.edu

### Reapplication
Unsuccessful applicants may reapply by repeating the admission process. A new application form, a new personal statement and new letters of recommendation must be submitted with a check or money order for U.S. $75 payable to St. Matthew's University School of Medicine.

### Procedures and Paperwork
All financial aid, immigration, and other documentation must be received at the U.S. Admissions Office no later than 30 days before the start of term. See calendar for the schedule.
We are here to help you through this process. We are open to both traditional and non-traditional applicants, so we truly encourage your application.

## Financial Aid: Options & Obligations

### Tuition and Fees
Tuition and fees are billed on a semester basis for students in Basic Sciences and in Clinical Sciences. Tuition and fees for students in Basic Sciences are due upon registration but no later than fifteen days prior to the first day of classes. A U.S. $100 late fee will be assessed if tuition and fees are not paid on time. Non-payment by the first day of classes may result in registration being cancelled. Students must pay tuition and fees prior to attending classes or being recorded on the official roll.
Tuition and fees are subject to change. They must be paid in U.S. dollars via personal check, money order, or traveler's check. Students must be able to demonstrate ability to pay, and/or ability to obtain financial aid before commencement of classes or placement in a clinical rotation. Students with an outstanding balance are not eligible to register for the next semester without clearing up the outstanding balance to the satisfaction of the Finance Office.



**TUITION AND FEES** ($U.S.) Per Semester
Effective Fall 2008

| | |
|---|---|
| Tuition – Basic Sciences & Clinical Sciences | $8,900.00 |
| Internet Access and Technology Fee**(Cayman only) | $100.00 |
| Administrative Fee (per semester) | $175.00 |

**One Time Fees**
| | |
|---|---|
| Non-Refundable Application Fee | $75.00 |
| Cayman Immigration Fee*** | $304.88 |
| Seat Deposit | $500.00 |
| Kaplan Materials | $2,000.00 |
| ($1,000 upon entering, $1,000 5th semester) | |

**Miscellaneous Fees**
| | |
|---|---|
| Tuition for less than 11 credits (per credit hour) | $740.00 |
| Malpractice Insurance - Clinical Science only (per semester) | $200.00 |
| Health Insurance (per semester, unless proof of coverage) | $354.00 |
| Transcript Request – First 3 free, thereafter | $10.00 |
| Letter of Reference – First 3 free, thereafter | $10.00 |
| Document copies up to 15 pgs. (Over 15 pgs., $1 per page) | $15.00 |
| Recreation Fee (Cayman Only) | $21.00 |
| Leave of Absence Fee | $500.00 |
| Graduation Fee | $500.00 |
| White Coat Fee | $150.00 |
| Background Check Fee | $50-$250 Depending |
| Lab Fee | $150-$250 |
| Late Registration Fee | $250 |
| Late Payment Fee | $100 |
| National Board Fee | $500 |

on the required extent of search
**Laptops are required for all students
***Cayman Island Government Fee

## Clinical Sciences

Tuition and fees are charged for all clinical rotations. Tuition and fees for students in Clinical Sciences are due at least one month prior to the commencement of the clinical rotation. Students in Clinical Sciences will be billed for an entire semester regardless of the starting date as long as the student is in rotations. Financial Aid disbursement can only be made if the student is in rotation for a minimum of 10 weeks during the 15 week semester.

Additional charges may be due during fourth year if students choose elective rotation with costs exceeding the standard St. Matthew's University subsidy rate. Each student will pay a maximum of five clinical sciences semesters (given that no rotations were failed).

## Basic Science Refund Policy

All refunds will be made within thirty (30) days of the withdrawal date. Before any refund can be initiated, a withdrawal form must be completed and submitted to the Dean of Basic Sciences.

**Tuition will be refunded according to the following schedule\*:**

| | |
|---|---|
| Prior to the first class day | 100% |
| During the first 5 class days | 93% |
| During the second 5 class days | 87% |
| During the third 5 class days | 80% |
| During the fourth 5 class days | No Refund |

Any new student withdrawing from a clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation. Any new applicant to St. Matthew's University requesting withdrawal within three days of payment of the seat deposit to St. Matthew's shall receive a full refund* of all tuition and fees paid.

*The first semester seat deposit fee of $500.00 and the $75.00 application fee are excluded from this refund policy and are not refundable after the first three days' exemption as previously described.

## Clinical Science Refund Policy

Any student withdrawing from a clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation.

## Other Charges

Students attending Basic Sciences in Grand Cayman will be billed monthly for miscellaneous charges. Payment is due upon receipt of these invoices. Non-payment of accounts will result in the loss of credit privileges on campus.

St. Matthew's University strives to remove economic barriers to higher education. Our current financial aid packages include scholarships and private loans from lenders for those who qualify. All loans take credit into consideration.

## FINANCIAL AID

You've made a smart decision to further your education and pursue your passion. The commitment, time and money you invest at St. Matthew's University during the next few years will surely pay off.

It is our goal to make the financial aid process as painless as possible. The Office of Financial Aid is here to assist enrolled students with their application process as well as debt management and consolidation options after residency. We are also here to help you avoid possible pitfalls that can come from dealing with money and finances. As experts in this area, we are here to help so that you can concentrate on what is most important - becoming a great physician.

Both loan and scholarship programs are available to assist you with funding the full cost of your education. Please ensure that you apply for financial aid programs at least 45 days prior to your tuition due date.

Students must make a realistic assessment of their financial situation prior to coming to the island. When devising a budget, students should consider the following expenses:

- Tuition
- Health insurance
- Phone
- Equipment
- Personal Expenses
- Transportation
- Utilities
- Books
- Evacuation Insurance
- Internet
- Room And Board

A semester is four months long and it is easier to devise a "semester budget" to go along with the receipt of your loans. Remember - loans must be paid back, so only borrow what you need. Most lenders defer payment while the student is in school and for up to four years into residency.

If you have any questions or need assistance please contact us:

Office of Financial Aid
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, Florida 32817
800.498.9700 / 407.488.1700 / 800.565.7177 Fax
fa@stmatthews.edu

# SCHOLARSHIPS

## Academic Scholarships

Each semester St. Matthew's awards academic scholarships to outstanding first-semester students. These scholarships are for U.S. $2,000 per semester for the Basic Science making each scholarship package worth U.S. $10,000. St. Matthew's is proud to offer these scholarships to students who display exceptional promise in the pursuit of a medical degree. It is our way of rewarding excellence and encouraging individuals to pursue a medical degree. At the time of application, candidates must:
- Have completed an undergraduate degree
- Have completed coursework with heavy emphasis in the hard sciences
- Have earned an overall GPA of 3.5 or above
- Submit a letter requesting the consideration of the Scholarship Committee. The letter must include (but not be limited to): academic achievement, community achievement, and awards received
- The scholarship recipient must meet the following criteria to retain the scholarship for successive Basic Science semesters:
  - Remain in the top 20% of the class
  - Have no disciplinary actions

## The Cayman Islands Scholarship

As part of St. Matthew's University's commitment to the country and citizens of the Cayman Islands, a scholarship covering one Basic Science tuition and fees is offered to a qualified Caymanian citizen each calendar year. This scholarship is awarded to a qualified applicant who meets all the admission requirements, shows exceptional promise for medical studies, is a current resident of the Cayman Islands and is dedicated to delivering health care to the country of the Cayman Islands.

Applicants must submit the following information at the time of application:
- Letter of request to the Scholarship Review Board explaining the desire for consideration. This letter should include (but not be limited to) examples of tenacity, compassion and commitment to helping others.
- Proof of current Caymanian citizenship.

## Jha Family Scholarship

The Jha Family Scholarship was created to promote leadership in the medical profession. This scholarship awards U.S. $3,000 per academic year (U.S. $1,000 per semester) to new and current students. St. Matthew's is proud to offer this scholarship to students who display exceptional leadership skills in the medical field. It is our way of rewarding leadership while encouraging individuals to pursue a medical degree.

### Applicants must:
- Have an overall GPA of 3.0 or above
- Submit documented proof of participating in a leadership capacity
- Submit one letter of recommendation from a person who can attest to your leadership ability
- Submit a letter requesting the consideration of the Scholarship Committee. The letter must include (but not be limited to) leadership abilities, community achievement and any leadership awards received

## The Scholarship Review Board

The Scholarship Review Board meets on or around March 15, July 15 and November 15 of each year to review all completed applications for all scholarship awards. Deadlines for receipt of completed scholarship applications are as follows:
- Spring semester     November 10
- Summer semester     March 10
- Fall semester     July 10

The Scholarship Review Board will notify recipients within two weeks of their decision.

## Applications

Applications for all scholarships are available online at www.stmatthews.edu or from the Florida office.
Completed applications may be faxed to: 1-800-565-7177 or mailed to:

St. Matthew's University School of Medicine
Office of Admissions
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
Or submit applications via the Website at www.stmatthews.edu