## Curriculum

### Our Curriculum Includes Caring

Our curriculum integrates basic and clinical science to give students an understanding of the human body in health and disease. This approach enables students to use their knowledge not just to treat patients, but also to prevent disease and promote good health.

Throughout the first two years students participate in a series of clinical medicine courses that focus on the art of patient care and preventive medicine. Patient care in the broadest respect is at the center of every course. Students examine the role of medicine in the community and the effect disease has on the family, as well as the individual. Special segments deal with the ethics of the physician-patient relationship and with the ethical dilemmas posed by modern medicine.

### BASIC SCIENCES PROGRAM

### Basic Science Overview

The gross and microscopic structure and function of each organ system is presented in lecture format with clinical correlations. Laboratories provide visual reinforcement and give students the opportunity to develop the ability to make observations and hone analytical skills. Professors focus on how disease interrupts the normal function of organ systems and the therapy needed to treat these abnormal processes. Lectures, labs and small group formats reinforce analytical skills.

Students are required to complete 105 credit hours in Basic Sciences.

The first semester courses are numbered MD 1--, second semester courses are numbered MD 2--, and so on. Each credit hour is equivalent to approximately 15 contact hours. If a course is canceled, an appropriate course will be substituted. Any canceled course will be offered no later than the next academic semester.

### Hands-On Experience

Experience extends beyond the classroom into hospitals and clinics. Students gain invaluable experience through participating in community outreach.

The Clinical Shadowing Program gives our students the opportunity to make meaning of the knowledge and lessons learned from lectures and textbooks in a real-life clinical setting. Students learn and experience first-hand how practicing physicians interact with patients, take histories, perform medical examinations and procedures, and work with other members of the health care team. St. Matthew's University's preceptors represent a diverse set of specialties, such as internal medicine, surgery, pediatrics and orthopedics to name a few. The Clinical Shadowing Program is crucial to a student's continued success and preparation for the USMLE Step 1 examination and their clinical rotations that follow.

## CALENDAR

| Semester | Term Dates | Graduation |
|---|---|---|
| Fall 2008 | Sept 1–Dec 12 | December 19 |
| Spring 2009 | Jan 5–April 17 | May 2 |
| Summer 2009 | May 4–August 14 | August 21 |
| Fall 2009 | Aug 31–Dec 11 | December 18 |
| Spring 2010 | Jan 4–April 16 | May 1 |
| Summer 2010 | May 3–Aug 13 | August 20 |
| Fall 2010 | Aug 30–Dec 10 | December 17 |
| Spring 2011 | Jan 3-April 15 | April 30 |
| Summer 2011 | May 2–August12 | August 20 |
| Fall 2011 | August 29-Dec 9 | December 24 |

Please note that as SMU is an international medical school, we operate on a three semester per year basis. Public holidays from your home country may not be observed.

## BASIC SCIENCES

### Semester I — Credits
| | |
|---|---|
| MD 110 Patient-Doctor Skills I | 2 |
| MD 122 Principles of Research & Evidence Based Medicine | 2 |
| MD 132 Embryology | 2 |
| MD 144 Histology | 5 |
| MD 168 Gross Anatomy | 8 |

### Semester II — Credits
| | |
|---|---|
| MD 210 Patient-Doctor Skills II | 2 |
| MD 261 Neuroscience | 6 |
| MD 269 Biochemistry/Genetics | 9 |
| MD 279 Physiology | 10 |

### Semester III — Credits
| | |
|---|---|
| MD 300 Medical Spanish (Elective) | 1 |
| MD 310 Patient-Doctor Skills III | 2 |
| MD 341 Medical Microbiology I | 5 |
| MD 342 Medical Pharmacology I | 4 |
| MD 365 Biostatistics and Epidemiology | 3 |
| MD 376 Introduction to Behavioral Sciences | 6 |
| MD 377 Pathology I | 5 |

### Semester IV — Credits
| | |
|---|---|
| MD 410 Patient-Doctor Skills IV | 4 |
| MD 441 Medical Microbiology II | 5 |
| MD 442 Medical Pharmacology II | 4 |
| MD 478 Pathology II | 8 |

### Semester V — Credits
| | |
|---|---|
| MD562 Clinical Therapeutics | 2 |
| MD582 Introduction to Clinical Medicine | 8 |
| MD588 Fundamentals of Clinical Sciences | 8 |

## Semester I

**MD 110 Patient Doctor Skills I – 2 credits**
Patient-Doctor Skills I is the first in a series of required two-credit courses providing medical students with a progressive introduction to the skills and attitudes that are requisite in becoming competent, compassionate physicians. In this first course, students will come to appreciate the essential nature of a complete history. They will understand how the vast majority of patient presentations can be diagnosed with the information available in a competent history. They will gain experience in history taking and will be evaluated using the objective structured clinical examination (OSCE) format.

**MD 122 Principles of Research & Evidence Based Medicine – 2 credits**
Students will have an opportunity to develop research skills related to Evidence Based Medicine. Students will be introduced to concepts of research analysis and critical thinking. At the end of this course, the student will be able to frame a clinical question based on therapy, diagnosis, prognosis or etiology; develop a focused search strategy to identify articles that best answer the clinical question; identify and use the appropriate clinical database; critically appraise articles for validity.

**MD 132 Embryology – 2 credits**
This course covers principles of the development of the human embryo. Emphasis is on the first eight weeks of development and the subsequent development of the organs and organ systems.

**MD 144 Histology – 5 credits**
Students learn about the structure of the eukaryotic cell and the function of its different organelles. They learn about the unique characteristics of the four basic tissues of the body: epithelial tissue, connective tissue (including bone, cartilage, and blood), muscle tissue, and nervous tissue. The course covers basic mechanisms by which the different systems of the body take in nutrients and oxygen, transport them to the tissues, remove waste products, interact with the environment, and prepare for reproduction. The course includes a lab.

**MD 168 Gross Anatomy – 8 credits**
In this course students are introduced to the principles of gross and developmental anatomy. They learn, in detail, the gross morphologic features and anatomic development of the human body in the following regions: head and neck, upper and lower extremities, back, thorax, abdomen, pelvis, and perineum. The study of each region includes integrated lectures, radiographs and clinical correlations, and laboratory study of human cadaver specimens, models and radiographs.

## Semester II

**MD 210 Patient Doctor Skills II – 2 credits**
In this second course in this series, second-semester students will initially evaluate the importance of communication. They will be introduced to cases where physician communication skills are imperative in establishing sound patient care. They will have an opportunity to practice their own communication skills and will be evaluated by objective structured clinical examination (OSCE) standards.

**MD 261 Neuroscience – 6 credits**
(Prerequisite: Physiology as Anatomy)
Students learn the neuroanatomy, neurophysiology and neurochemistry of the central and peripheral nervous systems. A coordinated lecture and laboratory program stresses normal structure and physiology of the nervous system using resources such as cadaver brains. The course includes a lab.

**MD 269 Biochemistry/Genetics – 9 credits**
Students learn principles of protein structure and function with special emphasis on enzymes. The discussion of enzymes involves basic concepts of kinetics and bioenergetics that prepare the student to better understand the metabolic pathways which involve carbohydrates, lipids, amino acids and nucleotides and how the enzymes involved in these pathways are regulated. Since the raw material for the metabolic pathways of the body comes from what we eat, principles of nutrition are woven throughout the entire course.

**MD 279 Physiology – 10 credits**
Students are guided through a comprehensive study of human physiology. The student is challenged to apply basic knowledge of biochemical, cellular and anatomical fact to the understanding of homeostatic principles and mechanisms at the cellular and systems level. Basic concepts and ideas are taught through the study of cellular membranes and nerve and muscle cell function and then applied to the understanding of cardiac and cardiovascular system function as the first application. Emphasis is placed on application of basic ideas as applied to the understanding of the cardiovascular system, the ramifications of the disease process, the logic of diagnosis, and the mechanics of pharmacological/medical intervention. The course then focuses on the application of basic principles and concepts to the remaining four major disciplines in physiology: pulmonary, renal, gastrointestinal and endocrine systems. Concepts from cardiovascular and cellular physiology are reviewed as simple applications in the remaining areas with a focus on chronological and functional organization of each system, the ramifications of disease process, the logic of diagnosis, and the mechanics of pharmacological/medical intervention. Small group and interactive computer learning reinforce lecture material.

## Semester III

**MD 300 Medical Spanish – 1 credit (Elective)**
The Medical Spanish course will provide the basic communication skills for the medical practice. Its focus will be the usual verbal exchanges that happen in the patient-doctor relation. Emphasis will be placed in the most common mistakes that have the potential to impair the compliance with treatment and the overall trust in the relation, while keeping the broad aim of the course in improving the understanding of basic Spanish in the medical setting.

**MD 310 Patient-Doctor Skills III – 2 credits**
During this third course in the Patient-Doctor series, students will be introduced to physical examination skills in a systems-based format. Formal teaching of skills will be followed by the opportunity to practice and improve these skills in the Clinical Skills Center. Students will be evaluated using the objective structured clinical examination (OSCE) format.

**MD 341 Medical Microbiology I – 5 credits**
(Prerequisite: Biochemistry)
Objectives for this course are to provide medical students with an understanding of how viruses, fungi, protozoa, and parasites cause human disease. They will also examine how diseases are diagnosed, treated and prevented.

**MD 342 Medical Pharmacology I – 4 credits**
(Prerequisite: Physiology)
Students will learn the basic concepts related to general principles of drug action, adverse effects, mechanism of action and factors modifying action. Special attention will be given to the mechanism of action, pharmacological actions, adverse effects, uses and contraindications of drugs affecting the autonomic nervous system. Drugs used to treat viruses, fungi, protozoa and parasitic disorders, cancerous diseases, endocrine and inflammatory disorders are also covered.

**MD 365 Biostatistics and Epidemiology – 3 credits**
Students master basic descriptive and inferential tools to understand statistical evaluation of research, demographically trace validity and reliability, and evaluate predictive tests. This course is divided into three sections: descriptive statistics, inferential statistics and epidemiology.

**MD 376 Introduction to Behavioral Sciences – 6 credits**
Abnormalities in human functioning are examined and students are introduced to psychiatric evaluation, nomenclature and clinical writing, and how to conduct a mental status evaluation. The course provides an in-depth study of the DSM-IV-R psychiatric diagnostic categories. These range from childhood disorders through geriatric dementia. Epidemiology and pathogenesis, differential diagnosis, course and prognosis, along with current treatment strategies are presented. Additionally, students participate in case-based discussions of ethical dilemmas facing today's health care provider. Ethical analysis of moral reasoning is emphasized. Students are challenged to reflect on their personal values and moral obligations as physicians.

**MD 377 Pathology I – 5 credits**
(Prerequisite: Histology and Physiology)
Students examine the mechanisms of injury and disease processes and the body's response. Lectures cover cell injury and cell death, necrosis, blood coagulation, thrombosis, embolism, infarction, tumors, environmental pathology, and aging. Student groups discuss clinical case-based problems with built-in questions to recapitulate the basic principles of pathology. During assigned lab periods, students review a collection of hundreds of colored slides arranged in a series of modules.

## Semester IV

**MD 410 Patient-Doctor Skills IV – 4 credits**
During this fourth Patient-Doctor course, students will begin to integrate the clinical skills that were introduced in the earlier courses in this series. Students will revisit history-taking and physical examination and will have the opportunity to practice their communication skills with patients, colleagues and attending physicians. As with previous courses, objective structured clinical examination (OSCE) standards will be used to evaluate students.

**MD 441 Medical Microbiology II – 5 credits**
(Prerequisite: Medical Microbiology I)
The objective of this course is to provide medical students with an understanding of how bacteria causes human disease; how infectious diseases are diagnosed, treated and prevented; and the nature of the innate or non-specific immune system that is continually ready to respond to invasion. Also studied is the humeral immunity in which antibodies will be responsible for specific recognition and elimination of foreign antigen, and cell-mediated responses in which specific T cells recognize foreign pathogens and destroy them.

## Semester V

**MD 442 Medical Pharmacology II – 4 credits**
This course focuses on the discussion of pathophysiology of various systemic disorders rational behind use of different drugs, including mechanism of action, pharmacological actions, adverse effects, different uses and contraindications. Drugs covered are those used to treat bacterial diseases, cardiovascular disorders, respiratory disorders, coagulation disorders, renal diseases, CNS disorders, GIT disorders, and drugs affecting the immune system.

**MD 478 Pathology II – 8 credits**
(Prerequisite: Pathology I)
Students will gain an understanding of pathophysiology manifestations and the management of common disease. Pulmonary, cardiac, gastrointestinal, endocrine, rheumatic, orthopedic, renal, neurological and hematology organ systems are covered. Student groups will discuss clinical case-based problems with built-in questions to recapitulate the basic principles of pathology. Laboratory sessions in systemic pathology consist of reviews of slides that reinforce lecture materials and demonstrate microscopic changes in various disease states.

## Semester V

**MD 562 Clinical Therapeutics – 2 credits**
This course builds upon the students' understanding of pharmacology, providing practical experience of medical therapeutics in a case-based format. The students, working individually and in teams, have the opportunity to participate in therapeutic decision-making in clinical cases, receive feedback regarding their decisions, and benefit from discussions led by clinicians involved in the practical application of medical interventions in common disease states. This course is integrated with the other co-requisite courses to allow students to attain conceptual understanding of common medical conditions and provide them with the necessary skills and perspective for their transition to the clinical wards.

**MD 582 Introduction to Clinical Medicine – 8 credits**
(Prerequisite: PD-IV)
In this course, fifth-semester students will gain practical knowledge and experience in the diagnosis and treatment of patients. Following an integrated case-based curriculum, students will take histories and perform physical examinations on trained standardized patients. They will work individually and in teams to discuss differential diagnoses and investigation strategies, and will use the information gained to formulate management and disposition plans. Throughout this course there is an emphasis on the need to listen and communicate effectively with their colleagues and team members and, most importantly, with their patients. Students will be evaluated both formatively and by objective structured clinical examination (OSCE) standards. Practical knowledge, skills and abilities will be tested in an objective manner.

**MD 588 Fundamentals of Clinical Medicine – 8 credits**
This course integrates all aspects of the first four semesters of Basic Sciences with the common clinical disease states students are likely to encounter in their clinical rotations. This course will be taught by professional instructors well acquainted with the demands of licensing exams and clinical performance on hospital wards and in clinics. The key objective is to ensure that the underlying Basic Sciences concepts are understood by students as they transition to their clinical work. The format will be primarily lectures with additional material provided through texts, hand-outs, DVDs and online materials. Question-review sessions will help students apply the concepts from the classroom discussions to clinical problem-solving.

# CLINICAL SCIENCES PROGRAM AND CLERKSHIP ROTATIONS

At the end of the fifth semester of Basic Sciences, students leave Grand Cayman to start clinical clerkship rotations. During the fifth semester, students participate in a Clinical Orientation where they receive information on available clerkships. Every effort is made to assign students to the hospital that best suits their qualifications, requirements, and desires.

Core rotations will be taken and completed in a teaching hospital.

**Third Year Core Rotation cover six specialties:**
| | |
|---|---|
| Internal Medicine | 12 weeks |
| Surgery | 12 weeks |
| Pediatrics | 6 weeks |
| Obstetrics & Gynecology | 6 weeks |
| Family Practice | 4 weeks |
| Psychiatry | 6 weeks |

### Clinical Rotations
The Clinical Clerkship is an exciting and enriching aspect of medical training. It requires both determination and sacrifice. The Clinical Dean and staff will work closely with students to ensure they fully benefit from clinical rotations and prepare for successful residencies.

### Assignment policy
The Clinical Coordinator, with permission of the Dean and Director of Clinical Services, assigns clinical rotations. By posting a passing score on the USMLE Step One (1) and completing various administrative tasks, students become eligible for clinical core clerkships.
Although St. Matthew's arranges and schedules the Core rotations, the selection and scheduling of the Selectives and Electives is done by the student through application that must be approved in advance by St. Matthew's University.
Most students benefit by choosing electives in a variety of hospitals, particularly in hospitals or geographic locations where they hope to take residence training. Students receive a clinical clerkship packet before completing Basic Sciences. This information helps them prepare for clinicals and design their senior year by identifying Selective and Elective sites.

### Core Clerkship Exams
Each student is required to take The National Board of Medical Examiners (NBME) Core Clerkship Examinations. Testing in each of the Cores is conducted three times per year. There is an NBME examination for all Core Clinical Clerkships, excluding family medicine. Students are eligible to sit for any Core Examination following the completion of that Core before the next test date. The Core Clerkship Examination must be taken at the first opportunity it is offered following the completion of the rotation.
We advise students to take their exams at the first offered sitting. Students are not permitted to take an exam until they are within one week of completing a rotation or have completed the rotation. The Clinical Department arranges testing.
A student will not receive official transcript credit for a Core Rotation until the student receives a passing grade of 70% with the combined scores of the preceptor evaluation, daily log, NBME exam, and required midterm and quizzes. The grades from these components are combined for a final transcript grade.

### Rotations at Non-Teaching Hospitals
With the Dean's permission, a limited number of rotations may be taken in non-teaching hospital sites during your fourth year. However, some state licensing laws do not recognize rotations taken in non-teaching hospitals.
Although St. Matthew's arranges and schedules the third year Core Rotations, the selection and scheduling of the fourth year Selectives and Electives generally is done by the student through an application that must be approved in advance by the Clinical Dean of St. Matthew's University.
Most students benefit by choosing Electives in a variety of hospitals – particularly in hospitals or geographic locations where they hope to do residency training. Students receive a Clinical Clerkship Packet before completing Basic Sciences. This information helps them prepare for Clinicals and design their senior year by identifying Selective and Elective sites.

### Affiliate Hospitals in North America
Students are encouraged to complete at least one year of Clinical Rotations in U.S. teaching hospitals. SMU-affiliated teaching hospitals accredited by ACGME offer Core Clinical Rotations in numerous states. Students can complete fourth-year Selectives and Electives in teaching hospitals in 45 states. For the most up-to-date list of core sites, please visit: **http://www.stmatthews.edu/clinicalsites.html**.

### Affiliate Hospitals in Europe
Core Clinical Clerkships are available in large, affiliated accredited teaching hospitals in the United Kingdom. Students may request rotations in the UK. Students who engage in Clinical Core rotations in the UK have the privilege of completing all six Core Rotations in one hospital. UK hospitals are a part of the Royal College of Medicine and Surgery and viewed as equivalent to ACGME by U.S. medical boards.

### Clinical Rotation Objectives
The clinical program requires 76 weeks. The objectives of the Clinical Rotations are to:
- Expose students to a range of experiences that integrate information from various specialties
- Ground students in thorough basic and advanced clinical training to prepare them for residency training
- Encourage students to value learning as a life-long process



## THIRD-YEAR CORE CLERKSHIP CURRICULUM

### Surgery
Students follow patients from surgical assessment, through preparation for surgery, the surgical process in the operating room, the intensive or immediate care of the patient in the recovery period, and follow-up care. Students engage in intensive pre-surgical preparation on each case, including the study of case histories, prior physical examinations and prior treatment, and diagnoses. Follow-up on post-surgical cases extends to learning about the support of family and friends, community resources, and the discharge process.

### Internal Medicine
Students learn to conduct a thorough diagnostic work-up, including the history and physical examination with emphasis on detailed neurological evaluation of the patient, and design treatment plans. Students gain sensitivity to dual diagnosing and differential diagnosing. Students participate in grand rounds, work individually with patients, and participate in the treatment plan. Additionally, residents or preceptors conduct seminars on selected topics.

### Obstetrics/Gynecology
Students are presented with all phases of patient care related to fertility concerns, pregnancy, labor, delivery and postpartum care. Students participate in family planning counseling, and learn to detect, diagnose and devise a treatment plan for gynecologic diseases. Normal and pathologic cases are observed, including normal and cesarean deliveries.

### Pediatrics
Students learn to develop rapport with young patients and diagnose, develop and carry out a treatment plan for infants, children and adolescents. Students gain a greater sensitivity to the interdependence between the patient and the parent and learn how to interact with each to promote treatment and recovery.

### Family Practice
Students are exposed to the whole range of treatment perspectives, from infancy to senescence. Students study in the hospital and family practice outpatient clinic. The outpatient environment contributes an expanded understanding of the role that family members and significant others play in the healing process. Patients' close ties and the home setting are psychosocial factors that are important to both the art and the science of medical practice.

### Psychiatry
Students learn to diagnose mental disorders. Emphasis is placed on taking a psychiatric history and mental status, as well as making differential diagnoses. Students are introduced to a variety of therapies for treatment of psychiatric disorders.

After a student's initial Core rotation is assigned, all Core rotations must be completed without a break in training. Third-year Core rotations are the prerequisite for continued fourth-year study.

## FOURTH-YEAR SELECTIVES AND ELECTIVES

During the fourth year, the student chooses Selectives and Electives. These clerkship rotations include most specialties, including specialties from the Core rotations. Students take Selectives and Electives in blocks, typically of four or six weeks for a total of 16 weeks of Selectives and 14 weeks of Electives. A selective in Neurology is required.

### Fourth-Year Selective Clerkships
There are 23 recommended Selective Clerkships:
- Allergy and Immunology
- Anesthesiology
- Cardiology
- Community Health Care
- Critical Care
- Dermatology
- Emergency Medicine
- Endocrinology
- Family Practice
- Gastroenterology
- Gerontology
- Hematology
- Infectious Disease
- Nephrology
- Neurology
- Oncology
- Ophthalmology
- Pathology
- Preventive Medicine
- Pulmonary Disease
- Radiology
- Rheumatology
- Urology

Some hospitals require that surgical subspecialties be taken along with the surgical Core rotation. In such cases, students must take at least eight weeks of general surgery.

Students take Selectives after completing third-year rotations. Selectives include 16 weeks taken from subspecialties beyond Core rotation specialties. Each student receives a clinical handbook during their fifth semester of Basic Sciences listing all recommended Selective specialties.

Selective Clerkships are offered at both Core hospital affiliates and non-Core hospital affiliates, which refer to them as "Visiting Senior Electives." A list of hospitals offering "Visiting Senior Electives" is provided to students in the clinical handbook.

### Fourth-Year Elective Clerkships

Fourth-year Electives are comprised of 14 weeks, chosen from the additional Cores, the Selectives List or additional subspecialties of interest. Again, these rotations are taken in four or six week appointments.

### Approved Rotations

Students do not receive credit unless the University approves and certifies all Selectives and Electives. With permission from the Dean, students may complete Electives in conjunction with the Core. A student can take additional hours in any Core as Electives. For example, 16 weeks of surgery might represent 12 weeks of Core credit and four weeks of Electives credit.

Any student who secures a rotation in a hospital that is not affiliated with St. Matthew's University must have permission from the Dean of Clinical Services. If approval is not granted in advance, the unapproved rotation will not earn credit from St. Matthew's University.

### Expenses Related to Rotations

Students who attend Core rotations in the U.S. may be required to make at least two moves to complete the six Cores. Students need to plan on transportation and housing expenses at each location.

Students who participate in clinical rotations must purchase medical liability insurance in the amount of U.S. $1,000,000/3,000,000. This additional cost to the student is U.S. $200 per semester.

St. Matthew's University will provide for elective rotations up to U.S. $135 per week of training. Students who choose electives in hospitals which charge in excess of U.S. $135 per week will be billed for the balance in addition to their tuition.



## Board of Trustees

Chairman
John P. Docherty, M.D.

Members
Elizabeth G. Armstrong, Ph.D., Dr.Med.h.cred.
Barry J. Cooper, BVSc., Ph.D.

The distinguished members of this Board of Trustees are assigned the responsibility to ensure that the rules and regulations of the University meet the highest level of propriety, that they achieve their purpose, and that they protect the institution from influences which hinder its academic goals. They also ensure that members of the faculty are qualified for appointment and they are able competently to perform their function without distractions.

The Board also shall exercise supervision of the needs of the student body and recommend steps to make provisions for the welfare of students and the successful pursuit of their studies.

The University takes this measure to provide supervisory machinery independent of management. The contribution of the Board reinforces our commitment to ensure that the doctors we graduate are completely prepared and sensitive to the needs of the vulnerable. The University therefore publicly records its sincerest gratitude to the members of the Board of Trustees who so willingly agreed to join in this endeavor.

## Administration

Chancellor
John Marvin, M.B.A.

Chief Academic Officer
Gordon J. Green, M.D., F.R.P.C., F.A.A.P.

Dean of Clinical Science
John Randall, M.D.

Dean of Basic Sciences
Senthil Kumar, M.D., F.C.C.P.

Dean of Student Affairs, Basic Sciences
Rayapati Sreenathan, Ph.D.

Dean of Clinical Students and
Executive Director of Clinical Sciences
Gary W. McCutcheon, Ed.D.

Director of Research
Barry Robson, Ph.D., D.Sc.

Chief Financial Officer
Terry Moya, B.S.

Vice President, Enrollment
John F. Dietrich, Ed.D.

Controller
Lisa Fox

Director of Admissions
Terrence Reid

Director of Financial Aid
Gloria Miranda-Avila

Director of Information Technology
Tom Miller

Registrar
Jennifer Applequist

Coordinator of Alumni Services
Mary Jenkins

Director of Student Services
Jan Michael Maw

Campus Coordinator
Matthew Luke

Librarian
Rebecca Ayers

## Faculty

**Basic Science Faculty**

Anatomy

Volodymyr Mavrych M.D., Ph.D.
Professor of Anatomy
M.D., Lugansk State Medical University, Ukraine
Ph.D., Crimea State Medical University, Ukraine

G. Jha M.B.B.S., M.S. (Surgery)
Associate Professor of Anatomy
Master of Surgery (M.S.), Rajasthan University
M.B.B.S., Rajasthan University, Jaipur, India

Olena Bolgova M.D., Ph.D.
Associate Professor of Gross Anatomy
M.D., Lugansk State Medical University Ukraine
Ph.D., Kharkov State Medical University Ukraine

Histology and Cell Biology

Gerardo Ochoa-Vergas M.D.
Associate Professor of Histology
M.D., National Autonomous University of Mexico

Neurosciences

Rayapati Sreenathan Ph.D.
Professor of Neuroscience and Biological Sciences
M.Sc., Karnataka University Dharawar, India
Ph.D., Banaras Hindu University, Varanasi, India

Biochemistry

Hanson North Ph.D.
Associate Professor of Biochemistry
Ph.D., University of Maryland

Biostatistics

Barry Robson Ph.D., D.Sc.
Professor of Biostatistics and Epidemiology
Director of Reasearch
Ph.D.,D.Sc., University of Manchester upon Tyne and Weizmann Institute

Microbiology and Immunology

Ashraya Jagadeesh M.B.B.S.
Associate Professor of Microbiology
M.B.B.S., Sri Siddhartha Medical College, India

Pathology

Alfred Roy M.B.B.S., M.D.
Associate Professor of Pathology
M.B.B.S., Mangalore University
M.D., Mangalore University

Basu Amitabha M.B.B.S., M.D.
Professor of Pathology
M.B.B.S., Burdwan Medical College
M.D., Kasturba Medical College

Pharmacology

Senthil Kumar M.D., F.C.C.P.
Dean of Basic Sciences and Associate Professor of Pharmacology and Clinical Therapeutics
M.D., Moscow Medical Stomatological Institute, Moscow
M.D., Sri Ramachandra Medical College and Research Institute, Chennai, India

Veerabhadra Gowda M.B.B.S., M.D.
Chairman of the Department of Preclinical Sciences and Pharmacology
Associate Professor of Pharmacology
M.B.B.S,. Sri Devaraj Urs Medical School, Bangalore
M.D., Kasturba Medical College, Manipal

Physiology

Subramaya Upadhya M.B.B.S., M.D.
Chairman of the Department of Physiology and Pathology
M.B.B.S., Medical College, Bellary; Gulbarga University, India
M.D., in Physiology, Kasturba Medical College, Manipal; Mangalore University, India
Ministry of Health and Physiology Education, Govt. of India

Prajna Pravinchandra M.B.B.S., M.D.
Assistant Professor of Physiology
M.B.B.S., Kasturba Medical College
M.D., Kasturba Medical College

Mahendra Jha Ph.D.
Associate Professor of Physiology
Ph.D., Rajasthan University, Jaipur, India

Behavioral Sciences

Alice Anne Coleman Brunn, Ph.D.
Student Counselor and Associate Professor of Psychiatry and Ethics.
Ph.D., Personality Psychology Baylor University

Dr. Xenia Sotiriou, B.A., M.Ed., Ph.D.
Assistant Professor in Psychology and Ethics
B.A. (Hons) Human Communications and Psychology
M.Ed. in Educational Psychology
Advanced Diploma in Counselling Psychology
Ph.D. in Organizational Psychology

**Preclinical Sciences**

Felix Ley, M.D.
Associate Professor of Preclinical Sciences
M.D., Superior institute of Medical Sciences Camazuey Cuba

Saira Zia Ahmad, M.B.B.S.
Assistant Professor of Preclinical Sciences
M.B.B.S., Punjab Medical College, Faisalabad, Pakistan

Jagadeesh Nagappa, M.B.B.S.
Associate Professor of Preclinical Sciences
M.B.B.S., Sri Dev Raj Urs Medical College (Bangalore University, India)

Director of Anatomy Lab

Director of Gross Anatomy
Uma Senthilkumar, B.S.M.S., M.S.
B.S.M.S., Govt. Sidhha Medical College
M.S., Research Masters Program in Pharmacology, National University of Ireland Galway

**Clinical Department Chiefs**

John Randall, M.D.M.D.C.M., F.A.A.P., FAAFP
Dean of Clinical Sciences
Professor and Head of Department of Medical Therapeutics
McGill University

David Salter, M.D.
Professor and Chief, Department of Surgery
Board Certified – Surgery
Subspecialty Certified – Cardiovascular and thoracic surgery
University of Toronto

Tah-Hsiung Hsu, M.D., F.A.C.P.
Professor and Chief, Department of Internal Medicine
Board Certified – American Board of Internal Medicine
Subspecialty Certificates – Endocrinology and Metabolism
University of Alabama Medical College

Josef Blankstein
Professor and Chief, Department of Obstetrics and Gynecology
Board Certified – American Board of Obstetrics and Gynecology

Gary Vickar, M.D.
Professor and Chief, Department of Psychiatry
Board Certified – American Board of Psychiatry and Neurology
University of Manitoba

Mohammad A. Mir, M.D., F.A.A.P.
Professor and Chief, Department of Pediatrics
Board Certified – American Board of Pediatrics
Universidad CETEC Santo Domingo

Padmanabhan "Dan" Mukundan
Chief Department of Family Medicine
Board Certified – Family Practice and Pediatrics
University of Madras, Kilpauk Medical College

Ms. Lata Gowda, B.P.T., M.P.T
Lab Coordinator, Department of Preclinical sciences
Bachelor of Physiotherapy (B.P.T), J.N. Medical College, Belgaum, India
Master of Physiotherapy (M.P.T), S.D.M. Medical College, Dharwad, India

**Clinical Faculty and Preceptors**

Ackerman, Bruce D., M.D.
Assistant Professor
University of Chicago
American Board – Pediatrics

Agha, Amr Amin, M.D.
Assistant Professor
AIN Ahams University, Faculty of Medicine
American Board – Dermatology

Ali, Raza, M.D.
Assistant Professor
University of Tech De Santiago (Utesa), Escuela De Med
American Board – Pediatrics

Allen, Bradley Ronald, M.D.
Assistant Professor
University of Cincinnati College of Medicine
American Board – Emergency Medicine

Allyn, Duane Roy, D.O.
Assistant Professor
Des Moines University, College of Osteo Medicine and Surgery/Pediatrics

Almeida, S. Peter, M.D.
Assistant Professor
B.J. Medical College, University of Pune
America Board – Surgery

Alzalam, Nazem, M.D.
Assistant Professor
University of Damascus, Facility of Medicine
American Board – Pediatrics

Amsler, Barbara Elise, M.D.
Associate Professor
University of Wisconsin Medical School
American Board – Internal Medicine

Anderson, James P., M.D.
Assistant Professor
West Virginia University School of Medicine
American Board – Neurology/Psychiatry

Antin, Todd Mitchell, M.D.
Assistant Professor
University of Miami School of Medicine
American Board – Psychiatry/Neurology

Apantaku, Frank, M.D.
Associate Professor
Northwestern University Medical School
American Board – Surgery

Ash, Christopher John, D.O.
Assistant Professor
Michigan State University, College of Osteopathic Medicine
American Board – Surgery

Atluri, Sridhar, M.D.
Assistant Professor
Rangaraya Medical College, University Health Science
American Board – Internal Medicine

Babcock, Susan Kay, M.D.
Associate Professor
Washington University School of Medicine
American Board – Internal Medicine, Nephrology

Beckman, Enrique, M.D.
Assistant Professor
College Mayor De Nuestro Senora Del Rosario, Fac De Med
American Board – Anatomic Pathology and Clinical Pathology

Benson, Morris, M.D.
Surgery Associate Professor
University of Calgary
General Surgery

Bodem, Charles Rene, M.D.
Assistant Professor
University of Illinois College of Medicine
American Board – Internal Medicine

Bolanos, Nora Elizabeth, M.D.
Assistant Professor
SUNY-Health Science Center at Syracuse, College of Medicine
American Board – Pediatrics

Boysen, Dennis A., M.D.
Assistant Professor
University of Nebraska College of Medicine
American Board – General Surgery

Brenner, Ronald Loewy, M.D.
Assistant Professor
Universidad De Valencia, Fac De Med
American Board – Psychiatry

Brown, Keith, D.O.
Assistant Professor
Nova Southeastern University, College of Osteopathic Medicine
American Board – Family Practice

Bryant, Christopher Scott, M.D.
Provisional Assistant Professor
University of Arkansas College of Medicine
American Board – OB/GYN

Burnett, Jettie M., M.D.
Associate Professor
The Johns Hopkins University of Medicine
American Board – Ophthalmology

Casella, Peter Joseph, M.D.
Assistant Professor
Universidad Del Noreste, Esc De Med
American Board – OB/Gyn

Cathcart, H. Kennedy, D.O.
Assistant Professor
Philadelphia College of Osteopathic Medicine
Endocrinology, Diabetes and Metabolism

Chacko, Ruth, M.D.
Assistant Professor
Indira Ghandhi Medical College
American Board – Emergency Medicine

Chato, Leonardo M., Jr., M.D.
Assistant Professor
University of the East, Ramon Magsaysay Memorial Medical Center
American Board – General Surgery

Chatterji, Raja, M.D.
Assistant Professor
University of Cincinnati College of Medicine
American Board – OB/GYN

Chhablani, Asha R., M.D.
Assistant Professor
Gandhi Medical College, University Health Science Vijayawada
American Board – General Surgery

Crum, Timothy, M.D.
Assistant Professor
Creighton University School of Medicine
American Board – Pediatrics

Czaplewski, Rodney Robert, M.D.
Assistant Professor
University of Northeastern College of Medicine
America Board – Family Practice

Dimitov, Dimitre H., M.D.
Assistant Professor
Medical University of Sofia
American Board – Psychiatry

Dodda, Lakshmi P., M.D.
Assistant Professor
Guntur Medical College, University of Health Science
American Board – Family Practice

Du Bois, Richard, M.D.
Assistant Professor
Tufts University
American Board – Internal Medicine

Eden, Alvin N., M.D.
Assistant Professor
Boston University School of Medicine
American Board – Pediatrics

Elsayed, M. Hany, M.D.
Assistant Professor
Ain Shams University, Facility of Medicine
American Board – Neonatology

Epstein, Brad Lawrence. M.D.
Assistant Professor
University of Chicago Division of Bio Science Priyzker School of Medicine,
American Board – OB/GYN

Eren, Fer, M.D.
Assistant Professor
St. George's University, School of Medicine
American Board – Internal Medicine

Estes, Christine Marie, M.D.
Assistant Professor
Georgetown University School of Medicine
American Board – OB/GYN

Feng, Fang, M.D.
Assistant Professor
Sun Yat-Sen University of Medical Sciences
American Board – Neurology/Psychiatry

Fischer, Jeffrey, M.D.
Assistant Professor
University of Florida College of Medicine
American Board – American Board – Urology

Fletcher, James W., III, M.D.
Assistant Professor
University of Arkansas for Medical Sciences
American Board – Family Practice

Flores, Dionisio C., M.D.
Assistant Professor
University of Santo Tomas
American Board – Internal Medicine

Fregeau, David, M.D.
Assistant Professor
University of California
American Board – Pediatrics

Gabrielson, Glen Alan, M.D.
Assistant Professor
University of Iowa College of Medicine
American Board – Family Practice

Gonzalez, Pilar R., M.D.
Assistant Professor
Nicanor Reyes Medical Foundation Far Eastern University
American Board – Pediatrics

Gottlieb, Klaus, M.D.
Assistant Professor
University of Bonn
American Board – Internal Medicine

Gray, Kris D., M.D.
Assistant Professor
Loma Linda University School of Medicine
American Board – Family Practice

Greg, Adolfo F., D.O.
Assistant Professor
New York College of Ofteopathic Medicine
American Board - Pediatrics

Halili, Francisco R., M.D.
Assistant Professor
University of Miami School of Medicine
American Board – Surger

Harris, Eddie Will Jr., M.D.
Instructor
George Washington University School of Medicine and Health Science
American Board Eligible – Ophthalmology

Henchy, Frank Patrick, M.D.
Associate Professor
Louisiana State University School of Medicine

Hindo, Walid Afram, M.D.
Associate Professor
University of Baghdad, College of Medicine
American Board – Therapeutic Radiology

Hirsh, Eugene H., M.D.
Associate Professor
University of Buffalo, SUNY School of Medicine and Bio Med Sciences
American Board – GI

Jackson, Keith Richard, M.D.
Associate Professor
Medical College of Georgia School of Medicine
American Board – Otolaryngology

Jacobs, Theresa R., M.D.
Assistant Professor
Michigan State University College of Human Medicine
American Board – Family Practice

Jamal, Qaiser, M.D.
Assistant Professor
Patna Medical College, Patna University
American Board – Internal Medicine

Janolo Jr., Esteban L., M.D.
Assistant Professor
Far Eastern University
American Board – Internal Medicine

Kameh, Darian, M.D.
Assistant Professor
Medical College of Virginia
American Board – Pathology

Kareus, John L., M.D.
Assistant Professor
Des Moines University College of Osteo Medicine and Surgery
American Board – Psychiatry, Neurology

Kelley, Thomas Reynolds, M.D.
Assistant Professor
Medical College of Georgia
Family Practice

Khan, Aftab A., M.D.
Assistant Professor
King Edward Medical College, University of Punjab
American Board – Internal Medicine

Kumar, Jiveshwar, M.D.
Assistant Professor
Patna University Medical College and Hospital
American Board – Internal Medicine

LaBaere II, Richard J., D.O.
Assistant Professor
Michigan State University College of Osteopathic Medicine
American Board – Family Practice

Lamb, Trent Robert, M.D.
Assistant Professor
University of Arkansas College of Medicine
American Board – Family Practice

Lamoutte, Humberto, M.D.
Assistant Professor
Louisiana State University School of Medicine
American Board – OB/GYN

Lando, Howard Milton, M.D.
Associate Professor
Virginia Commonwealth University School of Medicine
American Board – Internal Medicine

Lawrence, George D., M.D.
Associate Professor
Tufts Medical School
American Board – Internal Medicine

Lowder, Gerard Mark, M.D.
Assistant Professor
Universidad Autonoma De Guadalajara School of Medicine
American Board – Internal Medicine, Nephrology, Geriatrics

Lue, John Raymond, M.D.
Assistant Professor
Morehouse School of Medicine
American Board – OB/GYN

Miller, Samuel Bennett, M.D.
Assistant Professor
University of Maryland School of Medicine
American Board – Neurology

Mishu, Husham Peter, M.D.
Assistant Professor
Emory University School of Medicine
American Board – Neurology

Mody, Harshad Ramnik, M.D.
Assistant Professor
Municipal Medical College, Gujarat University
American Board – Neurology

Montgomery, Shirley M., M.D.
Assistant Professor
University of Illinois College of Medicine
American Board – Pediatrics

Murthy, Bangalore K., M.D.
Assistant Professor
Mysore Medical College, Mysore University
American Board – Internal Medicine, Geriatrics

Okolo, Okechukwu Uzodinma, M.D.
Assistant Professor
University of Ibadan, College of Medicine
American Board – Family Practice

Olomi, Haroon M., M.D.
Assistant Professor
University Di Bologna, Fad Di Med
American Board – Family Practice

Park, Heedong, M.D.
Assistant Professor
Yonsei University Medical School
American Board – Surgery

Patel, Bhupendrakumar M., M.D.
Assistant Professor
B.J. Medical College, Gujarat University
American Board – OB/GYN

Pattan, Charles Rodney, M.D.
Assistant Professor
Wayne State Medical School
American Board – OB-GYN

Rachelefsky, Marvin A., M.D.
Assistant Professor
University of Pittsburgh School of Medicine
American Board – Neurology

Rahman, Raiz Ur, M.D.
Assistant Professor
Dow Medical College and Karachi University
American Board – Internal Medicine

Ranadive, Virendra V., M.D.
Assistant Professor
Medical College, Baroda University
American Board – Neurology

Reider, Ruben, M.D.
Assistant Professor
University Peruana Cayetano Heredia, Prog Acad De Med
American Board – Internal Medicine

Ripps, Barry A., M.D.
Assistant Professor
University of Alabama School of Medicine
Board Certified – OB/GYN

Sachs, Hanson Philip, M.D.
Associate Professor
St. George's University School of Medicine
American Board – Family Practice

Schaeffer, Allen H., M.D.
Associate Professor
The John Hopkins University
American Board – Internal Medicine

Shah, Biren Ashok, M.D.
Assistant Professor
Tel Aviv University Sackler School of Medicine
American Board – Radiology

Sharma, Abha, M.D.
Assistant Professor
Government Medical College, Jammu University
American Board – Family Practice

Shelton, Courtney Delige, M.D.
Assistant Professor
Michigan State University College
American Board – Internal Medicine

Spence, Stanston D'Andrea, M.D.
Assistant Professor
Medical College of Georgia School of Medicine
American Board – Surgery

Spitzer, Margo F., M.D.
Assistant Professor
Albert Einstein College of Medicine
American Board – Psychiatry

Taylor, Donald Ray, M.D.
Assistant Professor
Medical College of Georgia School of Medicine
American Board – Anesthesiology (added qualifications in Pain Management)

Theil, David Richard, M.D.
Assistant Professor
Indiana University School of Medicine
American Board – Anesthesiology/Internal Medicine

Waissbluth, Alvaro Danl, M.D.
Assistant Professor
The Ohio State University College of Medicine
American Board – Internal Medicine

Walker, Mark L., M.D.
Associate Professor
Meharry Medical College School of Medicine
American Board – Surgery

Wana, Sunt, M.D.
Assistant Professor
Chulalongkorn University Facility of Medicine
American Board – Internal Medicine

Whaley, William Howard, M.D.
Assistant Professor
Medical College of Georgia
American Board – Internal Medicine

Williams III, Richard Bland, M.D.
Assistant Professor
University of Virginia
American Board – Internal Medicine

Yeshwant, Chilakamarri, M.D.
Assistant Professor
Osmania Medical College NTR University of Health Science Hyderabad

Zaki, Ezzat A., M.D.
Assistant Professor
Ain Shams University Medical School
American Board – Family Practice/Emergency Medicine

Zemaitis-DeCesare, Julie, M.D.
Assistant Professor
Eastern Virginia Medical School
OB/GYN



## STANDARDS FOR PERFORMANCE

**Registration**
Students must be registered and enrolled at all times unless they have received written approval for a "Leave of Absence." Students may take only up to a total of two leaves of absence during their entire career at SMU, and only after receiving written approval from the Dean of Basic Science (for Basic Sciences students) or the Dean of Clinical Science (for Clinical students). Granting a leave of absence is the Dean's prerogative, but no more than a total of two will be allowed for any student. No leaves of absence will be granted after a student has completed all Basic Sciences and Clinical coursework. If a student fails to enroll, his/her status will become "Withdrawn" and he/she must apply for readmission. Students will not automatically be considered enrolled. Possible student status includes only: Basic Sciences (semester noted), Clinical Science (semester noted), Approved Leave of Absence (up to two semesters total), Pending Graduation, Withdrawn, Dismissed, Alumni, or Deceased.

**The Registration process is as follows:**
Registration will begin online (www.smuonline.com) approximately 6 weeks prior to the beginning of the upcoming semester.
All new and returning Basic Sciences students register at this time. Transfer students and students who have failed courses must correspond with the Dean prior to registering.

During Week 1 of each semester, the Registrar will be on campus to address any registration issues. The Registrar will coordinate with the Dean of Basic Sciences for course approval and the Dean of Student Affairs to ensure that all rosters are correct.
The Registrar will verify class attendance to Student Accounts so that Financial Aid monies can be released to students. All students must be registered by the first Friday of the semester. No financial aid monies will be released until a student's registration is complete.

**Registration for Clinical Science students is a two-part process:**
1. The student electronically accepts the e-RAF issued by the Clinical Coordinator or returns a signed National Board RAF or Leave of Absence form to the Clinical Coordinator.
2. The student must complete online registration for each Clinical semester, National Board semester or Leave of Absence.

Any student who fails to comply with these registration procedures will not be admitted into classes for the new semester (Basic Sciences), will not receive financial aid funds, and/or (for Clinical students) will not receive credit for a core or elective rotation.
Any student who is in a rotation and has not followed required registration procedures will be removed from that rotation. No credit will be given.

**Student Performance**
Student performance is determined on the basis of achievement of each prescribed course or clinical clerkship objective. Students must achieve a passing level established by the faculty of each course or clinical clerkship rotation to earn promotion from semester to semester. Performance is recorded as Honors (4 grade points), High Pass (3 grade points), Pass (2 grade points), or Fail (0 grade points). The faculty evaluates each student's cognitive knowledge, problem-solving, clinical competence, personal and professional maturity, interpersonal and communication skills, and technical skills.

Graduates who intend to practice medicine in the U.S. must earn certification by the Educational Commission for Foreign Medical Graduates (ECFMG). This certification requires successful completion of the United States Medical Licensing Examination (USMLE). Students who intend to practice medicine outside of the U.S. must meet the licensing requirements of the country in which they want to practice.

**Probation**
A student who receives a cumulative grade point average of less than 2.0 is placed on academic probation. Removal of probationary status requires achieving a cumulative grade point average of 2.0 or higher. Probation beyond two semesters may affect financial aid eligibility.

**Failing a Course**
Failed courses are listed on the transcript. When the course is repeated, it is listed a second time along with the grade received. Any student who receives unsatisfactory grades for a combined total of 21 semester credit hours will be dismissed. The number of failed credits of a course, when successfully repeated, is not used to compute a grade point average.

**Attendance**
Basic Sciences classes at SMU are typically small and interaction between students and teachers is encouraged. Students are expected to attend all class sessions. The mandatory 80% attendance policy is strictly enforced. If a student misses more than 20% of the scheduled class time, the student will fail that course regardless of academic performance. The Student Handbook describes circumstances in which excuses may be granted.

**Incomplete and Withdrawal Policies**
To receive an "Incomplete" for a course requires the approval of both the professor of that course and the written approval of the Dean of Basic or Clinical Sciences. All incompletes must be completed by no later than the last day of the second week of classes in the next semester.
Withdrawal from a course is permitted under some circumstances, which are described in the Student Handbook. Withdrawals are not permitted after the twelfth week of classes.

**Official Leaves of Absence**
The Dean of Basic or Clinical Sciences will consider all requests for an Official Leave of Absence by students who:
• Experience financial hardship and need to take time off to raise funds for their education
• Suffer an illness or injury, or have a family member who suffers an illness or injury that requires the student's presence
• Need limited time off to take advantage of an educational opportunity to travel, conduct research, or attend classes elsewhere

Only two leaves of absence may be granted. Each request is subject to the approval of the Dean of Basic or Clinical Sciences. The Dean bases decisions on whether a semester away is likely to allow the student to resolve a situation, and whether the student's performance and behavior suggest a reasonable chance of success upon his/her return. Students who are not granted official leaves may apply for readmission when ready to resume their education.
Students may be required to begin paying any outstanding debt to SMU if they fail to enroll for the next semester or take an unapproved leave. Students taking a leave of absence will be expending their 6-month grace period on repayment of loans. At the end of the grace period the student will go into repayment of student loans.





## Graduation and ECFMG Certification

**Graduation Requirements**
Students must successfully complete:
- Basic Sciences semesters
- 46 weeks of third year core specialties
- All National Board of Medical Examiners (NBME) Core Clerkship examinations
- Core Clerkship log books
- 30 weeks of fourth year Elective rotations
- SMU must receive a satisfactory evaluation from each preceptor for credit of a rotation to be awarded
- Intent to Graduate Form
- Graduation Fee of U.S. $500
- Clear balance with Student Accounts
- Minimum GPA of 2.0
- Pre-Graduation Questionnaire

**ECFMG Certification**
Graduates who wish to enter a residency or fellowship program accredited by the Accreditation Council for Graduate Medical Education (ACGME) must be certified by the Educational Commission for Foreign Medical Graduates (ECFMG) before they can enter the program. They must also be certified by ECFMG if they wish to take Step 3 of the three-step United States Medical Licensing Examination (USMLE). ECFMG Certification is also one of the requirements to obtain a license to practice medicine in the United States.
The purpose of ECFMG Certification is to assess the readiness of graduates from international medical schools to enter U.S. residency and fellowship programs that are accredited by the ACGME. To be certified by ECFMG, you must pass a series of exams; you must also fulfill ECFMG medical education credential requirements. These requirements include providing ECFMG with copies of your medical diploma and your final medical school transcript (from a WHO listed school), which ECFMG will verify directly with the medical school. Please visit this site for updates and additional information: http://www.ecfmg.org. SMU graduates participate in the National Resident Matching Program (NRMP) along with U.S. Medical graduates through the Electronic Residency Application Service (ERAS). Please visit this site for more information: **http://www.ecfmg.org**.

**Licensure**
Medical licensure in the United States is governed by the individual state medical licensing authorities. It is strongly recommended that the students contact the authorities of any states where the student is interested in practicing. A complete list of contact information may be found at **www.aamc.org/members/gsa/cosr/medboardurls.htm**. Reasons for denial of medical licensure can include (but are not limited to): drug convictions, felonious conduct, and sexual misconduct.
Students who intend to practice medicine outside of the U.S. must meet the licensing requirements of the country in which they want to practice.

## Standards of Professional Behavior and Academic Honesty

**University Dress Code**
As part of the student's training as a future physician, St. Matthew's University has established a culture and environment based on professional presentation and conduct. Consistent with its training objectives, the University has established a standard dress code for all students. This policy is designed to create a sense of professional decorum and respect between members of the University community, as well as to actively maintain a professional appearance within the community at large.
Throughout the class day and during specific University events, students are required to wear white shirts with standard white collars and tan or khaki colored long pants hemmed to the appropriate length. Knee-length or longer pants are acceptable. Female students have the option of wearing tan or khaki colored skirts of a tasteful length appropriate to a professional environment.Thong sandals are not acceptable.
Violations of the dress code are handled through the Office of the Dean of Student Affairs.

**Student Conduct, Academic Honesty, and Disciplinary Procedures**
Each student is expected to behave in a manner consistent with the University's mission as an educational institution. Behaviors judged unprofessional, unethical, dishonest, illegal, threatening or dangerous may be considered examples of misconduct. Specific examples of violations that fall under the purview of the University's disciplinary policies can be found in the Student Handbook.
Also included in the Student Handbook are Guidelines for Academic Honesty. The University expects all students to engage in academic pursuits in a manner that is above reproach. Students are expected to maintain complete honesty and integrity in the academic experiences both in and outside the classroom. Any student found guilty of dishonesty in any phase of academic work will be subject to disciplinary action. Specific definitions and policies regarding cheating, plagiarism, unauthorized collusion, and abuse of resource materials can be found in the Student Handbook.
Disciplinary referrals are handled by the Dean of Student Affairs. The Dean will conduct an initial investigation and may then administer the necessary remedies or refer the case to the University's Disciplinary Committee for more extensive investigation and a judicial hearing. When it is determined that a disciplinary violation has occurred, the committee can recommend remedies ranging from a verbal or written warning to suspension or dismissal from the University. Procedures and policies regarding the administration of disciplinary hearings and associated remedies can be found in the Student Handbook.

**Anti-Hazing Policy**
St. Matthew's University students shall not engage in hazing in any form. Information on any violations of SMU's anti-hazing policy should be reported immediately to the Dean of Student Affairs. Confirmed instances will be subject to disciplinary action which could be as severe as dismissal from the University.

## Student Services

**New Student Orientation**
Each new class and all transfer students are scheduled for orientation, course registration, and advising activities just prior to the first day of classes. The Offices of the Dean of Student Affairs and Dean of Basic Sciences collaborate with faculty, staff, and returning students to facilitate the introduction of new students to St. Matthew's administrators, faculty, teaching and learning philosophies, programs, policies, and procedures. Members of student government introduce new students to life on campus and are available to answer questions about the St. Matthew's experience.



**Student Mentoring Program**
St. Matthew's offers all incoming basic science students the opportunity to receive mentoring from current basic science students. Student mentors are trained to help new students with becoming acquainted with studying medicine at St. Matthew's and living in Grand Cayman. New students interested in this program may apply through completing an application form found on the St. Matthew's University website at **http://www.stmatthews.edu** in the Downloadable Forms Library.

**Faculty – Student Mentoring**
All incoming students are assigned a faculty mentor who will help them adjust to medical school studies, explore career goals and connect students to the many resources available at St. Matthew's University. Students will meet regularly with their faculty mentor to ensure that students are making progress with their studies and will receive advice on courses and specialties.
Students interested in finding out more about the mentoring programs available should contact the Director of Student Services.

**Academic Assistance, Guidance, and Counseling**
The Office of the Dean of Student Affairs works closely with faculty to provide direction and support for students in times of academic difficulty. The Dean of Student Affairs organizes academic advisement programs and assists the Dean of Basic Sciences in remediation planning.
Academic counseling is available to any student who wishes to explore learning and study skills development, time-management or test-taking strategies, and is required for confidential assistance with personal matters, social adjustment, family crisis management, help planning alternate programs of study, and assistance in the reassessment of priorities when circumstances necessitate a change of plan.

**Information Technology**
St. Matthew's utilizes high-speed networking to aid in the delivery of classroom and study materials. To ensure a smooth user experience, students are required to own laptop or notebook computers during their entire time with SMU. These should be equipped with Pentium processors, wireless cards, network cards, and current anti-virus software. The operating system should be either Windows XP Professional or 2000 Professional.

**Campus Housing**
Even though Grand Cayman is a wonderful place to live, moving to a new country can be stressful.
"Where am I going to live?" is one of the most frequently asked questions from prospective students. For a smooth transition to the island, St. Matthew's provides living space in the Residence Hall and other convenient sites for all incoming students.

Only two miles from the campus on the Seven Mile Beach area, the Residence Hall offers single and double rooms with high-speed Internet access, wireless access at the swimming pool and weekly maid service. All utilities (except telephone charges) are included in the Residence Hall fee. The Residence Hall server, linked to the campus, gives you immediate and convenient access to campus resources such as faculty lectures and the virtual library.

The dedicated Residence Hall staff is available to you for information twelve hours every day. Located adjacent to a shopping center and a large, U.S. style supermarket, the Hall offers ease of living.

During your first four months on Grand Cayman, you will have time to explore the island, find out where you want to live and prepare to move into your own apartment or into the Residence Suites. This will allow you to secure living arrangements with a realistic knowledge of the island. Living in SMU-approved housing is mandatory for the first semester of all new students for these reasons.

As a final point, there are only two things that will be asked of you at the Residence Hall: unpack your belongings and focus on your studies. Please do not hesitate to contact the Residence Hall Coordinator with any questions or concerns. A Residence Hall Agreement will be sent to all accepted students. This document includes rules, policies, room options, and a Frequently Asked Questions (FAQ) section. Students are required to submit a U.S. $1000 room deposit at the same time as their acceptance seat deposit and letter of intent. This room deposit will also serve as a security deposit, which will be returned to the student upon leaving the Hall (assuming there are no damages to the room).

**Residence Hall fees per semester are as follows:**
**Single Standard Room** (220sqft)   U.S. $4700 per semester
**Standard Suite** – Single Occupancy U.S. $5565 per person, per semester
**Standard Suite** – Double Occupancy U.S. $3130 per person, per semester
**Deluxe Suite** – Single Occupancy   U.S. $5995 per semester
**Deluxe Suite** – Double Occupancy   U.S. $3460 per person, per semester

**Off Campus Housing**
Community housing is another option for students. Grand Cayman offers a wide variety of housing options and locations to suit a student's individual needs. Living in the community provides our students with an amazing opporutunity to learn about Caymanina culture and the residents of Grand Cayman while studying medicine.

St. Matthew's understands that living on one's own for the first time can be challenging for our students. The Office of Student Services is available to help students with making informed choices regarding securing off-campus housing. Advice is available on lease agreements, community relations and how to maximize student tenant renting satisfaction. For further information and assistance with locating off-campus housing options, please contact Jan-Michael Maw, Director of Student Services at jmaw@stmatthews.edu or visit the Office of Student Affairs located in the School of Medicine.

**Recreation**
Numerous recreational and sporting opportunities are available for St. Matthew's students. SMU has corporate memberships at local gyms that students may access everyday. Access to Seven Mile Beach is only steps away from the campus and several golf courses, cycling and running areas are nearby. Many local sports leagues are open to students. St. Matthew's has volleyball equipment that may be checked out by all students. Significant discounts are available for SMU students on recreational activities, dining, and shopping.

## Health and Immunization information

**Health Certification Requirements**
It is recommended that students have a physical examination by their family physician prior to their move to Grand Cayman. Students will need a medical certificate stating the results of a TB skin test, an HIV test, and proof of Rubella immunization and Hepatitis A vaccination.

**Health Services**
There are two modern hospitals in Grand Cayman that provide affordable basic health care services. All students are required to maintain a health insurance policy.

**Insurance**
All students are enrolled in the St. Matthew's University group health insurance policy. If a student is covered by a health insurance policy that covers them outside their country of citizenship, and provides repatriation and medical evacuation, they may opt out of the group plan. To opt out, they must contact Student Insurance two calendar weeks before the first day of class. For an info packet or to opt out of the group plan, contact:

Student Insurance
800-678-3301/Fax 850-678-1228
studenthealth@smucayman.com

## STUDENT GOVERNMENT AND ORGANIZATIONS

**Student Government Association (SGA)**
Once every semester, each class of medical students elects Student Government representatives. The Student Government communicates student body concerns and consults with the Office of Student Affairs on matters related to student life at SMU. The SGA also nominates students to represent the student body on select university committees. Students are encouraged to address any concerns they might have to their elected representatives or to the SGA executive members.

**Circle K International**
Students who would like to combine learning medicine, developing leadership skills and serving the local Caymanian community are encouraged to join this volunteer organization. The Circle K club's mission is to meet the needs of individual students through the qualities of leadership, the rewards of service, and the unique spirit of friendship. Circle K has many community partnerships with local organizations such as Cayman Hospice Care, National Committee of Volunteer Organizations (NCVO), Cayman Islands Hospital, and the Boys' and Girls' Home.

**American Medical Student Association (AMSA)**
Students are invited to become members of the American Medical Student Association (AMSA). This organization helps each student broaden his or her knowledge with medical practices and affairs. Contact your class representative for information regarding the application process and opportunities for participation in St. Matthew's AMSA chapter.

**Emergency Medicine Interest Group (EMIG)**
EMIG is a student club that aims to give students the opportunity to learn about emergency medicine as a career, to unite as a group of students with a common interest, to generate interest in emergency medicine as a specialty, and to assist students interested in Emergency Medicine in pursuit of a residency position.

**Office of Student Services**
The Office of Student Services is here to assist student successfully transition into life at St. Matthew's University. The Director of Student Services can assist you with finding a place to live in the community after your stay in the Residence Hall. Support is also available to students with families or pets coming to Grand Cayman. Conflict Mediation & Coaching is also available if you are unsure how to handle a disagreement with another student or need advice on a conflict with the owner of your rental property.

CAMPUS
P.O. Box 30992
Grand Cayman  KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

ADMINISTRATIVE OFFICES
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
407-488-1700
Fax: 407-488-1702

www.stmatthews.edu

**Diversity & Opportunity**
It is the policy of St. Matthew's University School of Medicine that there shall be no discrimination against persons because of race, religion, age, creed, color, gender, disability, sexual orientation, national origin, marital status, veteran status, or political belief or affiliation, and that equal opportunity shall be available for all.  St. Matthew's University is pleased and proud to have a remarkably diverse student body.