

# St. Matthew's University
## SCHOOL OF MEDICINE
"Improving Life By Degrees"

For more information
Campus
P.O. Box 30992
Grand Cayman KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

Administrative Offices
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
800-498-9700
Fax 407-488-1702/800-565-7100

OFFICIAL CATALOG
VOLUME 5, NO. I
2008 – 2010
GRAND CAYMAN · BRITISH WEST INDIES

PLAINTIFF'S EXHIBIT
A

Case 6:12-cv-01061-RBD-GJK   Document 26-1   Filed 10/22/12   Page 2 of 5 PageID 216

# St. Matthew's University
## SCHOOL OF MEDICINE
### "Improving Life By Degrees"



**For more information**
Campus
P.O. Box 30992
Grand Cayman  KY1-1204
CAYMAN ISLANDS
345-945-3199
Fax: 345-945-3130

Administrative Offices
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
800-498-9700
Fax 407-488-1702/800-565-7100

Official Catalog
Volume 5, No. I
2008 – 2010

Grand Cayman · British West Indies

St. Matthew's University
School of Medicine
Official Catalog
2008-2010
Grand Cayman • British West Indies

# CONTENTS

| | |
|---|---|
| Welcome From the Deans | 1 |
| Our Mission | 2 |
| The St. Matthew's University Difference | 5 |
| Location & Facilities | 5 |
| Credentials | 5 |
| What's Around Campus | 6 |
| Student Life | 7 |
| Online MBA or MPH Program | 10 |
| Admissions | 10 |
| Financial Aid: Options and Obligations | 12 |
| Tuition and Fees | 13 |
| Scholarships | 15 |
| Curriculum | 16 |
| Calendar | 17 |
| Basic Sciences Program | 17 |
| Clinical Sciences Program and Clerkship Rotations | 20 |
| Third-Year Core Clerkship Curriculum | 22 |
| Fourth-Year Selectives and Electives | 22 |
| Faculty & Administration | 24 |
| Standards for Academic Performance | 32 |
| Standards of Professional Behavior and Academic Honesty | 34 |
| Health and Immunization Information | 36 |
| Student Government and Organizations | 37 |

# WELCOME FROM THE DEANS


R. Senthil Kumar, M.D., F.C.C.P.
Dean of Basic Sciences


John Randall, M.D., C.M.
Dean of Clinical Sciences



We would like to extend to you a warm welcome to St. Matthew's University School of Medicine. We are happy that you chose St. Matthew's to pursue your medical education.  You can rest assured that you have made the right choice.  We have a student-centered mission. We do everything we can to help you reach your goal to become a successful physician.

Here at St. Matthew's, you will find the friendly faculty and staff ever willing to assist you to meet your educational needs. This is complemented by our faculty and student mentoring programs, where we offer personalized care in dealing with your educational and personal issues. At St. Matthew's, you will find the curriculum is carefully crafted to maximize your success on the USMLE examinations.  Our excellent first-time USMLE Step-I pass rate is a testimony to it. This success can be attributed to the high quality of our faculty who have been chosen from all parts of the world and are experts in their field of teaching.

An outstanding pre-clinical curriculum and the clinical shadowing programs at local hospitals and clinics help our students understand the powerful link between Basic Sciences and clinical practice. This is a great way to bridge the gap between the theory and practice of the art of medicine. The state of the art IT infrastructure and online learning platforms at St. Matthew's University are better than even many of the mainland U.S. medical schools.

St. Matthew's University also boasts a one-of-its-kind Center of Excellence in Medical Education, which is constantly involved in developing more effective and powerful teaching and learning methodologies. The Office of Research at St. Matthew's University greatly encourages the involvement of our students in research projects starting from the first semester of your medical schooling.

Apart from academic activities in the University, Grand Cayman also offers you limitless entertainment, which will help you relax after an intense study schedule. Grand Cayman boasts some of the world's best beaches and a vibrant night life. All this comes to you with an exceptional safety profile of the island.

Upon your completion of Basic Sciences, it will be time to apply what you have learned in the classroom. St. Matthew's offers rotations at hospitals and clinics throughout the United States, Canada, and the United Kingdom.  At St. Matthew's University, we strive to meet your individual needs by working closely with you to ensure that you have the experience and credentials necessary to achieve residency in the setting and field of your choice. Our committed clinical staff works with a student-centered dedication and passion that is unparalleled in Caribbean Medical Schools; we are constantly striving to improve for your benefit.

The emphasis of our curriculum is on a strong work ethic, being a team player, having compassion for the patients, and a continuing curiosity for the developing science of medicine.  We look forward to assisting you as you pursue your dream of becoming a successful physician.

Sincerely yours,





# Our Mission

St. Matthew's University School of Medicine was established in 1997.

At the core of our mission is a commitment to the success of our students. Our aim is to provide qualified students from around the globe with the best medical training available. St. Matthew's University School of Medicine develops socially responsible medical doctors skilled in the art and science of medicine. We are committed to achieving our mission by:

• Providing students with the knowledge and skills needed to practice medicine in the 21st century

• Helping students acquire the judgment and confidence necessary to become competent doctors

• Motivating students to pursue knowledge outside the classroom, both during their tenure at St. Matthew's and throughout life

• Creating an environment in which students and faculty interact with each other, their patients, and the community with compassion and integrity

• Engaging faculty and students in the understanding and active practice of research which furthers their knowledge of the process of science and increases their appreciation of the balance between research and the artful practice of medicine



# The St. Matthew's University Difference

## Locations and Facilities

Grand Cayman is not only a beautiful destination, it is also one of the safest islands in the Caribbean boasting one of the lowest crime and poverty rates. As part of the British West Indies, the Cayman Islands combine British civility, American efficiency, and Caribbean charm. Caymanians have achieved outstanding educational standards and one of the highest standards of living in the world. SMU students enjoy many of the luxuries of home thanks to advanced telecommunications, a stable and growing infrastructure, a booming financial center and thriving tourist industry. As part of the British West Indies, the Cayman Islands is an English-speaking country. There are two excellent hospitals and Grand Cayman boasts one of the highest ratios of physicians to its population in the Caribbean, making it an ideal location for a medical university.  Direct flights are offered from numerous major cities  including Atlanta, Chicago, Charlotte, Miami, Houston, New York, and Tampa. Grand Cayman is only an hour's flight from Miami.

## Credentials

•  The World Health Organization lists St. Matthew's in the World Directory of Medical Schools, http://www.who.int/hrh/wdms/en.
•  The Educational Commission for Foreign Medical Graduates officially recognizes St. Matthew's University School of Medicine www.ecfmg.org.
•  The Government of the Cayman Islands, B.W.I., has fully chartered St. Matthew's.
•  The accrediting body for St. Matthew's University is the Accreditation Commission on Colleges of Medicine (ACCM). The  United States Department of Education recognizes the ACCM as using accrediting standards similar to the accrediting body for medical schools in the United States. In 2007, the ACCM granted St. Matthew's University accreditation for six years, which is the longest accreditation period available under their protocol.
•  The FAIMER International Medical Education Directory (IMED) of the Educational Commission for Foreign Medical Graduates (ECFMG) lists St Matthew's University in its listing of approved medical schools.
•  St. Matthew's is licensed by the Commission for Independent Education, Florida Department of Education (Florida license number 2634). Additional information regarding this institution may be obtained by contacting the Commission at 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399. The toll-free telephone number is 888-244-6684.
•  St. Matthew's is approved by the State of New York for unlimited clinical rotations and residencies. Please visit the New York  State Education Department Office of the Professions' Website at **http://www.op.nysed.gov/medforms.htm** to view the listing of approved schools.

## Grand Cayman

Within the vibrant blue waters of the Caribbean is Grand Cayman, largest of the three Cayman Islands. Not only does Grand Cayman offer some of the most pristine beaches and world-class diving, it boasts numerous attractions, shopping opportunities and points of interest, including the capital city of Georgetown. As the largest of the three islands, Grand Cayman offers many familiar amenities and modern conveniences from dining to transportation, entertainment and healthcare; you are sure to feel at home.
Only 480 miles from Miami, Florida, 50 miles south of Cuba and 180 miles northwest of Jamaica, the island is easily accessible. There are at least 55 flights per week entering Grand Cayman and 28 from Miami, Florida alone. Major carriers such as Cayman Airways, American Airlines, Continental, Delta, Northwest and U.S. Air offer flights from major cities including Chicago, Detroit, Toronto, Boston, New York, Philadelphia, Charlotte, Atlanta, Houston, Tampa, Orlando, Miami and London.

**Cayman Islands • British West Indies**



## Proven Quality of Education

Sensitivity is as important to patient care as a mastery of clinical skills. We believe patients are cared for – not "processed" – and therefore, our faculty is committed to teaching students to incorporate social, cultural, and spiritual perspectives in working with patients. A healing partnership with patients grows from mutual respect and understanding. At St. Matthew's University, we believe that learning to balance analytical skills and people skills is vitally important to a doctor's success. With dedicated faculty, a low student-professor ratio and advanced technology available both inside and outside of the classroom, our students are groomed to be successful not only in their studies at SMU but also in their lifelong roles as healing physicians. With U.S. Medical Licensing Examination Step One pass rates of over 90%, our students' performance is far above the average level of students from other non-U.S. schools (61%). Over 800 of our graduates have been placed in outstanding residency programs, including recent placements at the Mayo Clinic, Northwestern University and Vanderbilt University. Along with these outstanding residencies, our graduates have earned residency or permanent licensure in 43 states as well as Canada and Great Britain.

## Commitment to Student Success

At St. Matthew's University, we are as committed to your dreams as you are. Throughout your 10 semesters with us, we will do everything we can to ensure your success by supporting all aspects of your education and life at SMU. We offer a groundbreaking U.S. Medical Licensing Examination review course, utilizing internationally-known subject area experts who are flown to campus from around North America.  Before our students move onto their clinical semesters in the U.S. or U.K., they receive extensive pre-clinical training utilizing Cayman's world class health care system.  We are available to assist you with housing, financial aid application and counseling, academic tutoring and more.  Faculty advisors and student mentors are also assigned to incoming students to ease the transition into medical school. We welcome both traditional and non-traditional students because we value the diverse perspectives they bring to our community. Academic scholarships are also available to outstanding students. SMU also offers students the opportunity to earn a MBA or MPH by way of our partnership with Davenport University while completing their medical degree.