To: All SMU Students
From: Board of Trustees
Re: Addition of USMLE Step 2 Clinical Knowledge and USMLE Step 2 Clinical Skills as Graduation Requirement

The core mission of St. Matthew's University School of Medicine is to "develop socially responsible physicians" who have "the knowledge and skills needed to practice medicine in the twenty-first century." (SMU Mission Statement.) To fulfill that mission, students in our Doctor of Medicine Program must successfully complete a rigorous basic science program, pass the USMLE Step 1 exam in order to qualify for clinical placement, and then successfully complete the rigorous clinical medicine program.

The USMLE Step 1 exam involves a comprehensive assessment of each student's mastery of the basic science component of their education. As such, a passing score on USMLE Step 1 not only serves as a formal step in the process toward qualification for licensure for those who wish to practice in the United States, but also is a formal requirement for advancement toward an M.D. degree from the School. Going forward, the School will similarly require passing scores on the USMLE Step 2 Clinical Knowledge and Step 2 Clinical Skills as a requirement for graduation. The Step 2 examinations involve a comprehensive assessment of each student's mastery of clinical knowledge and clinical skills which are essential to the practice of medicine. Accordingly, like the Step 1 examination, a passing score on the Step 2 examinations properly serves not only as a formal step toward licensure but also as a graduation requirement for the M.D. program. This new graduation requirement will apply to those students whose projected graduation date falls on or after August 15, 2010 Students will have up to 12 months after the completion of their final clinical rotation to satisfy this requirement. Failure to successfully complete this requirement within the required timeframe (i.e. 12 months after completion of clinical rotations) or 3 unsuccessful attempts of either the USMLE Step 2 Clinical Knowledge or USMLE Step 2 Clinical Skills examination will result in withdrawal from the University's M.D. program. Students will not be eligible for Educational Commission for Foreign Medical Graduates (ECFMG) certification for the USMLE Step 2 Clinical Knowledge or USMLE Step 2 Clinical Skills examinations until they have successfully completed 40 weeks of core rotations.

In order to apply the new Step 2 graduation requirement, the School obviously will need to obtain students' Step 2 scores. Thus, just as students currently are required to provide a USMLE consent and disclosure form in which students commit to provide any and all Step 1 scores to the School, students also will be required to provide a similar form for their Step 2 scores. The School obtains USMLE scores for Step 1, Step 2 Clinical Knowledge and Step 2 Clinical Skills from the Educational Commission for Foreign Medical Graduates (ECFMG). In order to remain in good standing, students will not be permitted to "opt out" of reporting any ECFMG's USMLE test scores to the School. In addition, the School also will require students to consent to the School's disclosure of USMLE and MCAT scores to the U.S. Department of Education, other regulatory bodies, and accrediting bodies. The School is obligated to report this information in connection

with maintaining and enhancing its accreditation status and in connection with the process for seeking and maintaining its eligibility to participate in certain student financial aid programs. In connection with these regulatory and accreditation requirements, students also will be required to provide and/or allow the School to obtain, as well as to report to regulatory and accrediting bodies, information concerning all residency placements and any and all USMLE Step 3 examination scores.