IN THE DISTRICT COURT OF UNITED STATES
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,                                   CASE NO. 6-12-CV-01061-RBD-GJK

       PLAINTIFF,

v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE, AND
THE BOARD OF TRUSTEES OF
ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

       DEFENDANTS.
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation in the above case has been scheduled with John S. Freud, as follows:

    **Date of Mediation:**    Tuesday, April 2, 2013

    **Time:**    10:00 a.m.

    **Location:**    Mediation Solutions, Inc.
        Museum Tower
        150 West Flagler Street, Suite 2700
        Miami, FL 33130

**ESTIMATED DURATION OF MEDIATION:** 4 Hours

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was filed with the Court using CM/ECF on November 6, 2012.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to received electronically filed Notices of Electronic Filing.

                                        */s/Scott A. Mager, Esq.*
                                        Scott A. Mager, Esquire
                                        Florida Bar No. 768502
                                        scott@magerlawyers.com
                                        MAGER LAWYERS, LLC
                                        2300 East Oakland Park Boulevard
                                        Suite 206
                                        Fort Lauderdale, FL 33306
                                        (954) 763-2800 (tel)
                                        (954) 763-2885 (fax)
                                        Attorneys for Plaintiff

# **SERVICE LIST**

Daryl J. Lapp – Trial Counsel
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

Joseph D. Rutkowski
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

Simeon D. Brier
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com