UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

     Plaintiff,

v.                                                                          Civil Action No. 6:12-cv-01061-RBD-GJK

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

     Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT REPORTS

COMES NOW, the Plaintiff, Maraj Kidwai (hereinafter referred to as "KIDWAI") and files this his Motion for Extension of Time to Disclose Expert Reports and in support state the following:

1.    The Court's Case Management and Scheduling Order dated October 26, 2012 requires the Plaintiff to disclose Expert Reports by December 12, 2012.

2.    The Plaintiff and the Plaintiff's Experts need additional time to meet, confer and compile the necessary information to complete the Expert reports.

3.    Plaintiff requests an additional forty-four (44) days until January 25, 2013 to disclose Expert Reports.

4.    Counsel for the Plaintiff has conferred with Daryl J. Lapp, Attorney for the Defendant and the Defendant does not oppose Plaintiff's Motion for Extension of Time to Disclose Expert Reports **provided that the Defendant receives a comparable**

Case 6:12-cv-01061-RBD-GJK   Document 30   Filed 12/07/12   Page 2 of 3 PageID 278

*Unopposed Motion for Extension of Time to Disclose Expert Reports*
*Page 2 of 3*
-------------------------------------------------

**extension of time to submit its expert reports** that equals that of any extension granted to Plaintiff.

5.	Consequently, Plaintiff does not oppose granting the Defendant an extension of time to disclose its expert reports. If the Plaintiff is granted a forty-four (44) day extension to January 25, 2013 the Plaintiff would be unopposed to granting the Defendant a forty-five (45)[1] extension.

WHEREFORE, KIDWAI respectfully request that this Court grant this his Unopposed Motion for Extension of Time to Disclose Expert Reports and allow the Plaintiff an additional forty-four (44) days to disclose his Expert Reports and grant any further and/or additional relief the Court deems just and proper.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant and is authorized to represent that the Defendant does not oppose the entry of an Order Granting this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Joint Unopposed Motion to Extend the Time for the Case Management Conference was filed with Court using CM/ECF on December 7, 2012. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

---

[1] A forty-four (44) day extension from January 25, 2013 would end on Sunday, March 10, 2013. Consequently, a forty-five (45) day extension is more appropriate that ends on Monday March 11, 2013.

Case 6:12-cv-01061-RBD-GJK   Document 30   Filed 12/07/12   Page 3 of 3 PageID 279

*Unopposed Motion for Extension of Time to Disclose Expert Reports*
*Page 3 of 3*
---------------------------------------------------

or in some other authorized manner for those counsel or parties who are not authorized to received electronically filed Notices of Electronic Filing.

        */s/Scott A. Mager, Esq.*
        Scott A. Mager, Esquire
        Florida Bar No. 768502
        scott@magerlawyers.com
        MAGER LAWYERS, LLC
        2300 East Oakland Park Boulevard
        Suite 206
        Fort Lauderdale, FL 33306
        (954) 763-2800 (tel)
        (954) 763-2885 (fax)
        Attorneys for Plaintiff

## SERVICE LIST

Daryl J. Lapp – Trial Counsel
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

Joseph D. Rutkowski
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

Simeon D. Brier
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com