IN THE DISTRICT COURT OF UNITED STATES
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,                                               CASE NO. 6-12-CV-01061-RBD-GJK

      PLAINTIFF,

v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE, AND
THE BOARD OF TRUSTEES OF
ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

      DEFENDANTS.
_____/

## RE-NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation in the above case has been scheduled with John S. Freud, as follows:

**Date of Mediation:**   Tuesday, June 11, 2013

**Time:**   10:00 a.m.

**Location:**   Mediation Solutions, Inc.
Museum Tower
150 West Flagler Street, Suite 2700
Miami, FL 33130

**ESTIMATED DURATION OF MEDIATION:** 4 Hours

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was filed with the Court using CM/ECF on March 21, 2013.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to received electronically filed Notices of Electronic Filing.

                                                            */s/Scott A. Mager, Esq.*
Scott A. Mager, Esquire
Florida Bar No. 768502
scott@magerlawyers.com
MAGER LAWYERS, LLC
2300 East Oakland Park Boulevard
Suite 206
Fort Lauderdale, FL 33306
(954) 763-2800 (tel)
(954) 763-2885 (fax)
Attorneys for Plaintiff

# **SERVICE LIST**

Daryl J. Lapp – Trial Counsel
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

Joseph D. Rutkowski
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

Simeon D. Brier
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com