IN THE DISTRICT COURT OF UNITED STATES
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,                               CASE NO. 6-12-CV-01061-RBD-GJK

      PLAINTIFF,

v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE, AND
THE BOARD OF TRUSTEES OF
ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE,

      DEFENDANTS.
_____/

## AMENDED NOTICE OF DESIGNATION OF EMAIL ADDRESSES PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516

PLEASE TAKE NOTICE that the following email addresses are to be used for mandatory electronic service pursuant to Florida's Rule of Judicial Administration Rule 2.516:

    Scott A. Mager – Scott@magerlawyers.com
    Rose Henderson – Rose@magerlawyers.com
    Anne Marie Giri – AnneMarie@magerlawyers.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document has being served this day the 11th day of April, 2013 on all counsel of record identified on the Service List below via U.S. Mail and Electronic Mail.

                                    MAGER LAWYERS, LLC
                                    2300 East Oakland Park Blvd., Suite 206
                                    Fort Lauderdale, FL 33306
                                    (954) 763-2800 (tel)
                                    (954) 763-2885 (fax)
                                    Attorneys for Plaintiff

                                    _____
                                    Scott A. Mager, Esquire
                                    Florida Bar No. 768502
                                    scott@magerlawyers.com

## SERVICE LIST

Daryl J. Lapp – Trial Counsel
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

Joseph D. Rutkowski
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 20199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
jrutkowski@edwardswildman.com

Simeon D. Brier
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, Florida 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
sbrier@edwardswildman.com