UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

    Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE and THE
BOARD OF TRUSTEES OF ST.
MATTHEW'S UNIVERSITY SCHOOL
OF MEDICINE,

    Defendants.

Civil Action No. 6-12-cv-01061-RBD-GJK

## NOTICE OF APPEARANCE

Brian Pantaleo of the law firm of Edwards Wildman Palmer LLP hereby gives notice of his appearance in this matter on behalf of Defendants St. Matthew's University School of Medicine ("SMU") and the Board of Trustees of St. Matthew's University School of Medicine ("Trustees").

The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

Date:   May 23, 2013              Respectfully submitted,

/s/ Brian Pantaleo
Brian Pantaleo, Fla. Bar No. 99932
EDWARDS WILDMAN PALMER LLP
525 Okeechobee Blvd.
Suite 1600
West Palm Beach, FL 33401
(561) 833-7700 (telephone)
(561) 655-8719 (facsimile)
bpantaleo@edwardswildman.com

*Attorneys for Defendants*
*St. Matthew's University School of Medicine and*
*the Board of Trustees of St. Matthew's University*
*School of Medicine*

AM 20192495.1

Case 6:12-cv-01061-RBD-GJK Document 34 Filed 05/23/13 Page 2 of 2 PageID 304

*Maraj Kidwai v. St. Matthew's University School of Medicine, et al.*
Civil Action No. 6-12-cv-01061-RBD-GJK
Notice of Appearance for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this **23rd** day of May, 2013, on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Brian Pantaleo

## SERVICE LIST
### Kidwai v. St. Matthew's University School of Medicine, et al.
Civil Action No. 6-12-cv-01061-RBD-GJK

Mark A. Weitz, Esq.
Weitz Morgan PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
512-394-8950 (telephone)
512-852-4446 (facsimile)
mweitz@weitzmorgan.com
*Attorneys for Plaintiff*