UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

      Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY
SCHOOL OF MEDICINE and THE
BOARD OF TRUSTEES OF ST.
MATTHEW'S UNIVERSITY SCHOOL
OF MEDICINE,

      Defendants.

Civil Action No. 6-12-cv-01061-RBD-GJK

### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COZEN O'CONNOR

Pursuant to Local Rule 2.03, the undersigned law firms, Edwards Wildman Palmer LLP ("Edwards Wildman") and Cozen O'Connor ("Cozen"), for themselves and for each of their attorneys who have appeared of record as counsel for the Defendants, St. Matthew's University School of Medicine ("SMU") and the Board of Trustees of St. Matthew's University School of Medicine ("Trustees"), hereby move for entry of an Order granting substitution of counsel and the withdrawal of Cozen as counsel, as follows:

1.    Defendants have been represented in this case by Edwards Wildman and Cozen through the following attorneys:

    Daryl J. Lapp (Edwards Wildman, admitted *pro hac vice* as lead counsel)
    Joseph D. Rutkowski (Edwards Wildman, admitted *pro hac vice*)
    Simeon D. Brier (Cozen, as local counsel)

2.    On May 23, 2013, attorney Brian Pantaleo of Edwards Wildman entered his appearance as successor local counsel for Defendants. [D.E. 34]

3.    Successor local counsel is an experienced trial lawyer and has undertaken the

Case 6:12-cv-01061-RBD-GJK   Document 35   Filed 06/03/13   Page 2 of 4 PageID 306

*Maraj Kidwai v. St. Matthew's University School of Medicine, et al.*
Civil Action No. 6-12-cv-01061-RBD-GJK
Unopposed Motion for Substitution of Counsel and Withdrawal of Cozen O'Connor

substitution of Simeon D. Brier and Cozen as local counsel to Defendants, and has agreed to the withdrawal of Simeon D. Brier and Cozen.

4. By email on May 23, 2013 Edwards Wildman notified Defendants of Simeon D. Brier's and Cozen's intent to move to withdraw pursuant to Local Rule 2.03(b).

5. Defendants do not oppose this Motion.

6. On May 22, 2013, Edwards Wildman notified Plaintiff's counsel by telephone and email of Simeon D. Brier's and Cozen's intent to move to withdraw pursuant to Local Rule 2.03(b). Plaintiff's counsel stated that Plaintiff does not oppose the withdrawal of Simeon D. Brier and Cozen and the substitution of Brian Pantaleo as local counsel to Defendants.

7. Substitution of counsel will not delay the trial of this case as lead counsel remains Daryl J. Lapp and Edwards Wildman, and jury trial is not scheduled until January 6, 2014.

WHEREFORE, Edwards Wildman Palmer LLP and Cozen O'Connor, for Cozen O'Connor and Simeon D. Brier who have appeared of record as local counsel for the Defendants, move for entry of an Order granting substitution of counsel and the withdrawal of Cozen and Simeon D. Brier as local counsel to Defendants SMU and Trustees.

Respectfully submitted,

/s/ Daryl J. Lapp
Daryl J. Lapp, Mass. Bar No. 554980
(Admitted *Pro Hac Vice*)
EDWARDS WILDMAN PALMER LLP
111 Huntington Ave.
Boston, Massachusetts 02199
(617) 239-0100 (telephone)
(617) 227-4420 (facsimile)
dlapp@edwardswildman.com

and

*Maraj Kidwai v. St. Matthew's University School of Medicine, et al.*
Civil Action No. 6-12-cv-01061-RBD-GJK
Unopposed Motion for Substitution of Counsel and Withdrawal of Cozen O'Connor

/s/ Simeon D. Brier
Simeon D. Brier, Fla. Bar No. 525782
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd.
Suite 4410
Miami, FL 33131
(305) 704-5942 (telephone)
(305) 704-5955 (facsimile)
sbrier@cozen.com

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an Order Granting this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this **3rd** day of June, 2013, on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

/s/ Brian Pantaleo

*Maraj Kidwai v. St. Matthew's University School of Medicine, et al.*
Civil Action No. 6-12-cv-01061-RBD-GJK
Unopposed Motion for Substitution of Counsel and Withdrawal of Cozen O'Connor

## SERVICE LIST
## Kidwai v. St. Matthew's University School of Medicine, et al.
Civil Action No. 6-12-cv-01061-RBD-GJK

Scott Mager, Esq.
MAGER LAWYERS, LLC
2300 East Oakland Park Blvd.
Fort Lauderdale, FL  33306
954-763-2800 - Telephone
954-763-2885 - Facsimile
scott@maglawyers.com
*Attorneys for Plaintiff*

AM 20173231.1