UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARAJ KIDWAI,

    Plaintiff,

v.

ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE and THE BOARD OF TRUSTEES OF ST. MATTHEW'S UNIVERSITY SCHOOL OF MEDICINE,

    Defendants.

Civil Action No. 6-12-cv-01061-RBD-GJK

## PLAINTIFF'S ASSENTED TO MOTION TO DISMISS COMPLAINT WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 and Local Rule. 3.08, Plaintiff Maraj Kidwai hereby moves to dismiss the Complaint in this case with prejudice.

Plaintiff has decided not to further pursue his claims, thus resolving all issues set forth in the Complaint. Defendants assent to the allowance of this Motion.

WHEREFORE, Plaintiff requests that the Court enter an order dismissing the action with prejudice, each party bearing its own costs.

Respectfully submitted,

/s/ Scott A. Mager
Scott A. Mager, Esquire
Florida Bar No. 768502
scott@magerlawyers.com
MAGER LAWYERS, LLC
2300 East Oakland Park Boulevard, Suite 206
Fort Lauderdale, FL 33306
(954) 763-2800 (tel)
(954) 763-2885 (fax)
Attorneys for Plaintiff

*Maraj Kidwai v. St. Matthew's University School of Medicine, et al.*
Civil Action No. 6-12-cv-01061-RBD-GJK
Plaintiff's Assented to Motion to Dismiss Complaint with Prejudice

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned has conferred with counsel for the Defendants and is authorized to represent that the Defendants consent to the entry of an Order granting this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will effect service on counsel of record for each other party on this 20th day of June 2013.

/s/ Scott A. Mager