**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARAJ KIDWAI,**

Plaintiff,

v.                                          **Case No.  6:12-cv-1061-Orl-37GJK**

**ST. MATTHEW'S UNIVERSITY**
**SCHOOL OF MEDICINE,**

Defendant.

_____ /

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Assented to Motion to Dismiss Complaint with

Prejudice (Doc. 37), filed June 20, 2013.  Accordingly, it is

**ORDERED** that this Motion is **GRANTED**.  This case is hereby **DISMISSED** with

prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2) with each party to bear

its own costs.  The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Orlando, Florida, this 9th day of July, 2013.

ROY B. DALTON, JR.
United States District Judge

Copies:  Counsel of Record